UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TRAXCELL TECHNOLOGIES, LLC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:21-cv-01312-ADA** |
| **v.** | ) | |
| | ) | |
| **GOOGLE LLC** | ) | **Jury Trial Demanded** |
| **Defendant.** | ) | |

### PLAINTIFF'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Traxcell Technologies, LLC. ("Traxcell") files this Amended Complaint, and demand for jury trial seeking relief from patent infringement by Google LLC ("Defendant" or "Google"), alleging infringement of the claims of U.S. Pat. No. 10,820,147 (referred to as "Patent-in-Suit"), as follows:

### I.        THE PARTIES

1.   Plaintiff Traxcell is a Texas Limited Liability Company, with its principal place of business located at 103 Country Club Drive. #508, Marshall, Texas 75672.

2.   Defendant Google LLC is a Delaware corporation with a principal place of business located at 1600 Amphitheater Parkway, Mountain View, California 94043. Google designs, manufactures, uses, imports into the United States, sells, and/or offers for sale in the United States smartphones, tablets, iPods, desktop computers, and notebook computers that use Google Maps. Googlemarkets, sells, and offers to sell its products and/or services, including those accused herein of infringement, to actual and potential customers and end-users located in Texas and in the judicialWestern District of Texas such as at the Google maintains a permanent physical presence within the Western District of Texas, conducting business from at least its locations at: 9606 North Mo- Pac Expressway, Suite 700, Austin, Texas 78759; 500 West 2nd Street, Suite 2000, Austin, Texas

1

78701; 4100 Smith School Road, Austin, Texas 78744; as well as other locations in and around the Austin area.

3.   Google is registered to do business in Texas and can be served via its registered agent, Corporation Service Company dba CSC – Lawyers Incorporating Service Company at 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

4.   Google has placed or contributed to placing infringing products like the Google Maps for use on a computing device connected to a wireless network into the stream of commerce via an established distribution channel knowing or understanding that such products would be sold and used in the United States, including in the Western District of Texas. On information and belief, Google also has derived substantial revenues from infringing acts, including but not limited to advertising, business APIs, private usage, OEM usage, and/or the like.

## II.  JURISDICTION AND VENUE

5.   This is an action for patent infringement arising under the patent laws of the U.S., 35 U.S.C. §§ 1 et. seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332(a) and 1338(a).

6.   This Court has personal jurisdiction over Defendants because: Defendants are present within or has minimum contacts within the State of Texas and this judicial district; Defendants have purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; Defendants regularly conducts business within the State of Texas and within this judicial district; and Plaintiff's cause of action arises directly from Defendants' business contacts and other activities in the State of Texas and in this judicial district. The amount in controversy is more than $75,000.00.

7.   Venue is proper in this judicial district per 28 U.S.C. §§ 1391 and 1400(b). Google has committed acts of infringement in this judicial district and maintains regular and established places of business in this district, as set forth above. Google has continuous and systematic business contacts with the State of Texas. Google, directly or through subsidiaries or intermediaries (including distributors, retailers, contract manufacturers, and others), conducts its business extensively throughout Texas, by shipping, manufacturing, distributing, offering for sale, selling, and advertising (including the provision of interactive web pages) its products and services in the State of Texas and the Western District of Texas. Google, directly or through subsidiaries or intermediaries (including distributors, retailers, contract manufacturers, and others), has purposefully and voluntarily placed its infringing products and services into this District and into the stream of commerce with the intention and expectation that they will be purchased and used by consumers in this District.

### III.   INFRINGEMENT ('147 Patent (Attached and incorporated by reference))

8.   On October 27, 2020, U.S. Patent No. 10,820,147 ("the '147 patent") entitled "Mobile wireless device providing off-line and on-line geographic navigation information" (attached as Exhibit C) was duly and legally issued by the U.S. Patent and Trademark Office. Traxcell owns the '147 patent by assignment.

9.   The '147 Patent's Abstract states, "A mobile device, wireless network and their method of operation provide both on-line (connected) navigation operation, as well as off-line navigation from a local database within the mobile device. Routing according to the navigation system can be controlled by traffic congestion measurements made by the wireless network that allow the navigation system to select the optimum route based on expected trip duration."

10. The following preliminary exemplary chart provides Traxcell's allegations of infringement.

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| 1. A wireless communications system including: | The Google Maps online navigation service and the Google Maps server-side or cloud infrastructure needed to provide the service, constitute the "Accused System". <br><br> Each combination having at least one item listed on Exhibit A, at least one item listed on Exhibit B, and at least one item listed on Exhibit C is a wireless communications system. <br><br> Because infringement liability is not dependent on ownership, e.g., use of a system can infringe (35 U.S.C. § 271), infringement is not dependent on ownership of all limitations of a claim. |
| a first radio-frequency transceiver within a wireless mobile communications device and an associated first antenna to which the first radio-frequency transceiver is coupled, wherein the first radio-frequency transceiver is configured for radio-frequency communication with a wireless communications network; | Plaintiff contends each item listed on Exhibit B corresponds to this claim limitation because each Exhibit-B item is a device that provides communicative access to a wireless network by transceivers designed and used for radio-frequency communication and at least one antenna. When a wireless communication device transceivers and antennas are in communication, they are coupled. Further, in addition to being so coupled, the transceiver of each Exhibit-B item is also configured for RF-communication wireless communication networks, such as AT&T, Verizon, T-Mobile, and other US networks (Cellular or WLAN) via Google Maps which comes preloaded on Exhibit-B items. <br><br> Plaintiff contends each item listed on Exhibit B corresponds to this claim limitation because each Exhibit-B item includes a radio frequency transceiver. Wireless mobile communication device — including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list) — include radio-frequency transceivers and an associated antenna. When wireless communication device transceivers and antennas are in communication, they are coupled. Further, in addition to being so coupled, the transceiver of each Exhibit-B item is also configured for RF-communication with the wireless communication network. <br><br> The following exemplifies this limitation's existence in Accused Systems: |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  |  |

**Source:** Antenna of Google pixel 5 Teardown by PBKreviews (Time-5:50/7:21)

**Link:** https://www.youtube.com/watch?v=PPvlSHyok68

**Attachment 2 (Teardown of Samsung Galaxy S20 showing RF Transceiver component) at 8.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | **Step 5**<br><br><br><br>**Attachment 2 (ifixit Teardown of Samsung Galaxy S20 showing antenna) at 05.**<br><br>Wireless mobile communication device (Exhibit B), such as Samsung Galaxy S20 includes antenna cables. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | **Step 10**  <br> **Step 11**  <br> **Attachment 13 (Google Pixel showing RF Transceiver component) at 9&10.** |

Wireless mobile communication device (Exhibit B) such as Google Pixel includes RF transceiver.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|  |  |

While the 1st Gen 5G smartphone supported only single or dual band 5G, the 2nd Gen designs like the Samsung Galaxy S20 now support much more. The Galaxy S20 Ultra under review here is model number SM-G988U1 for the North American market which supports low band FDD 5G like n5 (850MHz) and n71 (600MHz) as well as mid-to-high bands like n2, n41 and n66. For 5G global roaming, the Galaxy S20 Ultra also included the common Ultra-High Frequency (UHF) 5G band n78. Further, the Galaxy S20 Ultra has millimeter wave (mmWave) antenna modules in addition to the Sub-6GHz RFFE. The new Qualcomm QTM0525 antenna modules in the Galaxy S20 Ultra support an additional four ultra-wide 5G bands (n258, n257, n260 and n261). So how do all these RF capabilities come together inside the Galaxy S20? Let's dive in for a closer

5g-modem-to-rf-integration-rf

Wireless mobile communication device (Exhibit B) such as Samsung Galaxy S20 Ultra includes RF transceiver.

Qualcomm QPM5677
5G PAM or Transmit
Module for band N78

Qualcomm SDR865
RF Transceiver
5G/4G/3G

Qualcomm QDM4820
Low Band (LTE & 5G)
Diversity Module

Qualcomm QDM5872
Mid to High 5G Front
End or Diversity
Module

Qualcomm SMR526
RF / IF integrated
circuit (mmWave IF)

**Attachment 3 (RF-Transceiver and antenna of Galaxy S20 device coupled with communication network) at 7.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | The first 5G devices in the US were based on mmWave technology. The 1st generation 5G devices were either using Qualcomm's mmWave antenna module design for mmWave networks (Verizon, AT&T, T-Mobile) or a more conventional RFFE design for sub-6 GHz 5G networks (Sprint). However, that represented a design compromise since each variant would be shut out from other 5G network. With the 2nd Gen 5G designs like the Galaxy S20 Ultra, OEMs are adding mmWave capabilities along with Sub-6 GHz 5G RFFE on the same device. This dual RFFE design allows flagship devices to be network agnostic, opening up many more 5G network and also benefits Samsung by reducing 5G SKUs.<br><br>5g-modem-to-rf-integration-mmwave<br><br><br><br>Wireless mobile communication device (Exhibit B) such as Samsung Galaxy S20 Ultra includes RF transceiver antenna (mmwave) designed to connect wireless communication network (Verizon, AT&T, T-Mobile, etc.) .<br><br>**Attachment 3 (RF-Transceiver and antenna of Galaxy S20 device coupled with communication network) at 10.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| |  |

### Change mobile network settings

1. Open your phone's Settings app.
2. Tap Network & internet › Mobile network.
3. Tap a setting.

Tip: To reset all your network settings, in your phone's Settings app, tap System › Advanced › Reset options › Reset Wi-Fi, mobile & Bluetooth.

**Available mobile network settings** ⌃

The following options vary by phone and Android version:

- **Mobile data:** Turn mobile data on or off.
- **Roaming:** Let your phone send data over other carriers' networks when your carrier's networks.
- **App data usage:** Learn how to check app usage of your mobile data.
- **Data warning & limit:** Learn how to reduce mobile data use.
- **Preferred network type:** Pick your preferred network type from options, like 5G and LTE. Learn more about 5G on Pixel phones.
- **Network:** Pick your network operator from available networks.
- **Access point names:** Help your carrier find the right IP address for your phone and connect your phone securely.

> Wireless mobile communication device (Exhibit B) able to connect to a wireless communication network

**Attachment 14 (Method to connect a wireless communication network via Google pixel 4a device) at 1.**

Apps

**Google Pay**

Pay with your Android phone at participating stores and within mobile apps with Google Pay™.

Visit support.google.com/pay to lear

> Google Maps preloaded in the Wireless mobile communication devices (Exhibit B), Such as Galaxy S20, Pixel 4a, Pixel 4a 5G, Pixel 5

**Maps**

Get directions and other location-based information. You must enable location services to use Google Maps. For more information, see Location.

Visit support.google.com/maps to learn more.

**Attachment 15 (Google Maps application preloaded on Samsung Galaxy S20) at 113.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | 

**Attachment 4 (Google Maps application preloaded on Pixel 4a, Pixel 4a 5G, and Pixel 5) at 1.**

Wireless mobile communication device (Exhibit B) able to connect to a wireless communication network

**Network[8]**

- LTE: Up to 4CC (12 layers) DL & 2CC UL[9]

**5G Sub-6[10]**

- TDD: Up to 1CC x 100 MHz 4x4 MIMO DL & 1CC x 100 MHz UL
- FDD: Up to 1CC x 20 MHz 4x4 MIMO DL & 1CC x 20 MHz UL[9]

**5G mmWave [US only][10, 11]**

- TDD: Up to 4CC x 100 MHz 2x2 MIMO DL & 1CC x 100 MHz 2x2 M

**[US / FI / CA / TW ] Model G025E**

- GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)
- UMTS/HSPA+/HSDPA: Bands 1/2/4/5/8
- CDMA EVDO Rev A: BC0/BC1/BC10
- LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/ 30/32/38/39/40/41/42/46/48/66/71
- 5G Sub-6: Bands n1/2/5/12/25/28/41/66/71/78
- eSIM

**[Verizon] Model G6QU3**

- GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)
- UMTS/HSPA+/HSDPA: Bands 1/2/4/5/8
- CDMA EVDO Rev A: BC0/BC1/BC10
- LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/ 30/32/38/39/40/41/42/46/48/66/71
- 5G Sub-6: Bands n2/5/12/25/66/71
- 5G mmWave: Bands n260/261
- eSIM

**Attachment 7 (Pixel phone hardware tech specs) at 6.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| a first processor within the wireless mobile communications device coupled to the at least one first radio-frequency transceiver | Plaintiff contends each item listed on Exhibit B corresponds to this claim limitation because each Exhibit-B item includes a processor. Wireless mobile communication device- including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list) has a processor, for example, Quad-Core/ Octa-core processor. |

Each Exhibit-B-listed mobile wireless communications device's motherboard processor is programmed to process location-service information; i.e., to receive a location of the device from the wireless communications network (which is communicated to the device from the first RF transceiver) and generate an indication of the device's location with respect to geographic features according to mapping information stored within the device. For example, the motherboard processor may use Google Maps to view and find places around the globe. The processor and base station transceivers communicate by RF communication and, thus, when doing so are communicatively coupled.

The following exemplifies the existence of this limitation in Accused Systems:



Google Pixel 4a 5G Disassembly Teardown Repair Video Review

**Source**: Processor of Google pixel 4a Teardown by PBKreviews (Time-5:42/8:36)

**Link**: https://www.youtube.com/watch?v=pTPup76PxNo&ab_channel=PBKreviews



**Attachment 7 (Specifications of Google pixel 5) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Wireless and Location**<br><br>• Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®10 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band (L1 + L5) and (E1 + E5a)<br><br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br><br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou<br><br>Processer within the wireless communication device (Exhibit B), such as google pixel 5 configured to communicate with wireless communication network with help of inbuilt RF transceiver. Further, the processor receive a location of the wireless mobile communications device (Exhibit B) from the wireless communications network<br><br>**Network[11]**<br>• LTE: Up to 4CC (12 layers) DL & 2CC UL[12]<br><br>**5G Sub-6[13]**<br>• TDD: Up to 1CC x 100 MHz 4x4 MIMO DL & 1CC x 100 MHz UL<br>• FDD: Up to 1CC x 20 MHz 4x4 MIMO DL & 1CC x 20 MHz UL[12]<br><br>**5G mmWave [US only][13]**<br>• TDD: Up to 4CC x 100 MHz 2x2 MIMO DL & 1CC x 100 MHz 2x2 MIMO UL[12]<br><br>**[US / FI] Model GD1YQ**<br>• GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br>• UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19<br>• CDMA EVDO Rev A: BC0/BC1/BC10<br>• LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/30/32/38/39/40/41/42/46/48/66/71<br>• 5G Sub-6: Bands n1/2/3/5/7/8/12/28/41/66/71/77/78<br>• 5G mmWave: Bands n260/n261<br>• eSIM<br><br>**Attachment 7 (Specifications of Google pixel 5) at 2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| Processer within the wireless communication device (Exhibit B), such as Google Pixel 4a, Pixel 4a 5G and Pixel 5 |  |

**Attachment 4 (Processor of Google Pixel 4a, Pixel 4a 5G and Pixel 5) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | <br>**Attachment 2 (Teardown of Samsung Galaxy S20 showing RF Transceiver component) at 8.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  | **Step 10**  <br> • Chips on the front of the motherboard: <br> • Samsung K3RG2G20BM-MGCJ 4 GB LPDDR4 mobile DRAM with a quad-core Qualcomm Snapdragon 821 processor layered underneath (two cores clocked at 2.15 GHz and two cores clocked at 1.6 Ghz) <br> • Qualcomm PMI8996 power management IC, and Qualcomm SMB1350 Quick Charge 3.0 IC <br> • NXP TFA9891 smart audio amplifier <br> • Qualcomm WTR4905 LTE RF transceiver <br> • 3207RA G707A (looks like Wi-Fi) <br> • NXP 55102 1807 S0622 (likely NFC controller) <br> • Bosch Sensortec BMI160 low power IMU <br><br> Processer within the wireless communication device (Exhibit B), such as Google pixel coupled with RF transceiver and Wi-Fi Module <br><br> **Step 11**  <br> • And on the back: <br> • Samsung KLUBG4G1CE-B0B1 32 GB Universal Flash Storage (UFS) 2.0 <br> • Qualcomm PM8996 Power Management IC <br> • Avago ACPM-7800 power amplifier <br> • Qualcomm WTR3925 LTE RF transceiver, and Qualcomm RF360 Dynamic Antenna Matching Tuner (QFE2550) <br> • Qualcomm WCD9335 audio codec <br> • Skyworks SKY77807 Quad-Band Power Amplifier Module (PAM) <br> • Bosch Sensortec BMP280-series barometric pressure sensor <br><br> **Attachment 13 (Google Pixel showing RF Transceiver component) at 9&10.** |
| programmed to receive information indicative of a location of the wireless mobile communications device and generate an indication of a location of the wireless mobile communications device with respect to geographic | Plaintiff contends the Exhibit-B-listed mobile-wireless-communications device's motherboard processor is programmed to process location-service information; i.e., to receive a location of the device from the wireless communications network and generate an indication of the device's location. <br><br> For example, the motherboard processor may use Google Maps to obtain the device's location and provide direction from that location to a destination. Wireless mobile communication device-including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list) has a processor for example, Quad-Core processor. When wireless communication device transceivers and processor are in communication, they are coupled. Further, the Location-based Service (LBS) provider, such as Google Map, on the Exhibit-B utilizes the processor coupled to the transceiver to estimates/receive the location on mobile wireless communications devices (specifically one or more of the mobile wireless communications devices identified on |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| features | Exhibit B) by utilizing wireless communication network or first computer.

For example, the motherboard processor may use Google Maps to view and find places around the globe. Google map can also show your current location and provide direction (including with respect to geographic features such as nearby restaurants) from your location/source to any destination.  In using Google Maps App, the mobile wireless communication device's motherboard processor generates signals for displaying on the device's screen a blue dot that shows the current location of the wireless mobile communication device. The Google map app estimates the location of the device from 3 sources: GPS (GPS uses satellites and knows your location within a few meters), Wi-Fi (the location of nearby Wi-Fi networks helps Maps know where you are), and cell towers (cell tower can be accurate up to a few thousand meters). When Google Maps isn't sure about your location, a light blue circle around the blue dot is shown. You might be anywhere within the light blue circle. The smaller the circle, the more certain the app is about your location.

Furthermore, Google Maps App provides flexibility to download maps on SD card/internal memory of communication device (Exhibit B) examples of compatible devices is Samsung Galaxy S20, Pixel 4a, Pixel 4a 5G, Pixel 5, etc., and navigate offline. When internet is slow or mobile data is expensive, or communication device cannot connect to internet, an area can be saved to phone or tablet (Exhibit B) from Google maps app and use it when offline. Communication device can use Offline maps for Navigation through the downloaded area without internet.

The following exemplifies the existence of this limitation in Accused Systems: |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| |  |

**Attachment 4 (Processor of Google Pixel 4a, Pixel 4a 5G and Pixel 5) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  Attachment 2 (RF Transceiver and Processor of Samsung Galaxy S20) at 8. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|  |  **Attachment 5 (how to use turn by turn Google map) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | <br><br>2. **Tap Maps to open Google Maps app.**<br>If this is the first time you use Google Maps on your Galaxy S20, you'll be prompted with a Welcome screen. If you see this screen, read and review the information then tap **GOT IT** to proceed.<br><br>Google Maps preloaded in the Wireless mobile communication devices (Exhibit B), such as Galaxy S20.<br><br>**Attachment 5 (how to use turn by turn google map) at 2&3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | **verizon**√ |

Personal   Business

Shop   Why Verizon   Support

Home > Support > Sony > Sony Xperia Z2 > Google Maps - Find Current Location

# Google Maps™ - Find Current Location

Notes:

- If the Google Maps app isn't already installed on your device, it can be downloaded from the Google Play Store™.
- For further assistance, refer to the Google Maps Help Center.

1. From a Home screen, tap **Apps**.
2. Tap **Maps** .
3. Tap the **My Location icon** ⊕ (located in the lower-right).

> Wireless communication network (e.g. Verizon, AT&T, T-Mobile, etc.) used to estimate the location of the Wireless communication device (Exhibit B) on Google Maps.

**Attachment 6 (Find Current Location on Google map) at 1.**

Google

🔍   Search Google Maps Help

## How Maps finds your current location

Maps estimates where you are from sources like:

- **GPS**: This uses satellites and knows your location within a few meters.
- **Wi-Fi**: The location of nearby Wi-Fi networks helps Maps know where you are.
- **Cell tower**: Your connection to a cellular network can be accurate up to a few thousand meters.

**Attachment 8 (How map finds your current location) at 2.**

## What the blue dot means

The blue dot shows you where you are on the map. When Google Maps isn't sure about your location, you'll see a light blue circle around the blue dot. You might be anywhere within the light blue circle. The smaller the circle, the more certain the app is about your location.

**Notes:**

- If the blue dot is not showing, or the dot is gray, this means that we can't find your current location and we're showing you the last location you visited.
- If there's something between you and cell towers, like a parking garage or tall buildings, your blue dot might not be accurate.

**Attachment 8 (Current location shown on google map) at 3.**

23

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | <br>The following screenshot shows the My Location button at top right and the My Location blue dot in the center of the map:<br><br>Geographical features cities, streets, etc., on Google Maps<br><br>Blue Dot indicating location the map<br><br>Processor of the wireless communication device estimated the location of the wireless communication device (Exhibit B) from wireless communication network. The Blue dot showing estimated location.<br><br>**Source:** Location estimation on the Wireless communication device<br><br>**Attachment 22 (Location estimation on the Wireless communication device) at 10.**<br><br><br><br>By default the "Location setting" is set at "High accuracy" mode, wherein, for example, accuracy of location of a communications device determined based on locations of nearby Wi-Fi network infrastructure (access points or hotspots) is further enhanced or fine-tuned by Google Maps Server additionally using the said communications device's GPS location and the location data obtained from the mobile network (Cell tower information and/or Location of the communications device determined through the Assisted-GPS method by the said mobile network) serving the said communications device. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| | **Attachment 45 (Google Maps_Android app_Location settings) at 1.**<br><br>## Find and improve your location's accuracy<br><br>Sometimes Google Maps might have trouble finding where you are located. If the GPS location of your blue dot on the map is inaccurate or the blue dot is not showing up, here are some things you can do to help fix the problem.<br><br>**Tip**: This will also improve your search results and make them more relevant to you.<br><br>Computer   Android   iPhone & iPad<br><br>### See your current location on the map<br><br>1. On your Android phone or tablet, open the Google Maps app.<br><br>2. You'll see a blue dot, which shows where you are. If you don't see a blue dot, go to the bottom and tap Your location.<br><br>### How Maps finds your current location<br><br>Maps estimates where you are from sources like:<br><br>• **GPS:** This uses satellites and knows your location up to around 20 meters. **Note**: When you're inside buildings or underground, the GPS is sometimes inaccurate.<br>• **Wi-Fi:** The location of nearby Wi-Fi networks helps Maps know where you are.<br>• **Cell tower:** Your connection to a cellular network can be accurate up to a few thousand meters.<br><br>**Attachment 46 (Find and improve your location's accuracy - Android - Google Maps Help) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | From your devices |
| | Many devices, like phones or computers, can work out their precise location. You can allow Google and other apps to provide you with useful features based on where your device is located. For example, if you're running late to meet your friends, you'll probably want to use a navigation app to know the quickest way to get to your destination. To get turn-by-turn directions, you may need to turn on your device's location and give the app the permission to access it. Or for some searches like "coffee shop", "bus stop" or "atm", results will usually be more helpful when precise location is available. |
| | On your Android device, if you choose to turn on your device location, you can use features like navigation, giving an app access to your current location, or find your phone. You can also choose which apps have permission to use your device's location with simple controls that let you turn the permission on or off for individual apps. On Android, you can see when an app is requesting to use your phone's GPS-based location when the top of your screen shows Location ⦿  Learn more |
| | Google Location Services |
| | On most Android devices, Google, as the network location provider, provides a location service called Google Location Services (GLS), known in Android 9 and above as Google Location Accuracy. This service aims to provide a more accurate device location and generally improve location accuracy. Most mobile phones are equipped with GPS, which uses signals from satellites to determine a device's location – however, with Google Location Services, additional information from nearby Wi-Fi, mobile networks, and device sensors can be collected to determine your device's location. It does this by periodically collecting location data from your device and using it in an anonymous way to improve location accuracy. |
| | You can disable Google Location Services at any time in your device's location settings. Your device's location will continue to work even if GLS is turned off, but the device will rely only on GPS to estimate device location for apps with the necessary permission. Google Location Services is distinct from your device's location setting. Learn more |
| | The settings and permissions on Android control whether your device sensors (like GPS) or network-based location (like GLS) are used to determine your location and which apps have access to that location. They do not impact how websites and apps might estimate your location in other ways, such as from your IP Address. |
| | **Attachment 44 (How Google uses location information – Privacy & Terms – Google) at 2 &3.** |

Wireless communication device receive the location of the Wireless communication device (Exhibit B) on Google Map from Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.)

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Turn your phone's location accuracy on or off**<br><br>1. Open your device's Settings app.<br>2. Tap Location  ›  Advanced  ›  Google Location Accuracy.<br>3. Turn Improve Location Accuracy on or off.<br><br>**When Google Location Accuracy is on**<br><br>When you have Google Location Accuracy turned on, your phone uses these sources to get location:<br><br>• GPS<br>• Wi-Fi<br>• Mobile networks<br>• Sensors<br><br>**When Google Location Accuracy is off**<br><br>When you turn off Google Location Accuracy, your phone uses only GPS to find location. GP less accurate than other sources.<br><br>**Let your phone scan for nearby networks or devices**<br><br>To help apps get better location info, you can let your phone scan for nearby Wi-Fi access points<br><br>1. Open your device's Settings app.<br>2. Tap Location  ›  Wi-Fi and Bluetooth scanning.<br>3. Turn Wi-Fi scanning or Bluetooth scanning on or off.<br><br>**Attachment 21 (Manage your Pixel phone's location settings) at 2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

**Attachment 40 (Manage your Pixel phone's location settings) at 3 & 4.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

**Attachment 33 (Google Maps Not Updating Location) at 4.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  |  |

| | DESCRIPTION | OPT-IN / OPT-OUT | USER CHOICES |
|---|---|---|---|
| LOCATION SERVICES | "Use Google's location service to help apps determine your location. Anonymous location data will be sent to Google when your device is on." | Opt-Out | "YES, I'M IN" or "SKIP" |
| LOCATION ACCURACY | Three Modes - "High accuracy", "Battery saving", and "Device only." Default setting "High accuracy use(s) GPS, Wi-Fi, Bluetooth, or cellular networks to determine location" | Opt-Out | Toggle icon (right and colored for on, left and gray for off). This setting not shown during Android set-up. |
| LOCATION SCANNING | "Improve location accuracy by allowing apps and services to scan for Wi-Fi and Bluetooth, even when those settings are off." | Opt-Out | Toggle icon (right and colored for on, left and gray for off). |
| LOCATION HISTORY | "[A]llows Google to store a history of your location data from all devices where you are logged into your Google Account and have enabled Location Reporting. Location History and Location Reporting data may be used by any Google app or service." | Opt-Out | "YES, I'M IN" or "NO THANKS" In the context of "Give your new Assistant permission to help you" |

Figure 1: Four Android settings and services that relate to location information collection. [1]

**Google Location Services**

Google Location Services (GLS) operate at a device level and rely on sensors such as GPS, Wi-Fi, the cellular radio, and other technologies included in mobile devices to position a user in the world. If a user keeps the default settings prompted by Google, Location Services is enabled, Location Accuracy will be set to "High Accuracy" [2] and Location Scanning will be enabled for both Wi-Fi base stations and Bluetooth Beacons, regardless of a user's choice to turn Wi-Fi or Bluetooth on. The implications of user choices among the various Location Services settings are significant, but not intuitive, including:

- With Location Services turned on, Location Accuracy set to "Device only" and Location Scanning turned off, an Android device will only use GPS to provide the location of an Android device.
- When Location Accuracy is set to "High accuracy" and Location Scanning is enabled (the default setting for new device setup), an Android device will use sources including Wi-Fi, Bluetooth, and cellular radio to improve the accuracy of the device's position.

**Attachment 38 (Google, Android and Location Tracking) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | After completing the setup process users can validate and control settings for device location via the Settings app and navigating to Google settings, then Location (Figure 4).<br><br><br>Figure 4: Location settings after Android device setup process<br><br>As demonstrated in Figure 4, if users accept Google's defaults during the setup process, the Android device is configured with Location Services enabled, Wi-Fi and Bluetooth scanning engaged, and Location History active.<br><br>**Attachment 38 (Google, Android and Location Tracking) at 5.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|-------------------------------------------|
| | Users can choose to disable GLS during the set-up process. However, if a user attempts to disable GLS, a warning dialogue box prompts an extreme scenario: "device location for all apps is turned off and you may not be able to locate your device if it is lost." (Figure 5) Note as well, the action prompt is to "Turn on Location" – reversing the user choice triggering the warning. Further, as described immediately below, many Google and third party apps will not function unless GLS is turned on. Therefore, Google forces user into an impossible ultimatum, have their every move constantly monitored, tracked, and stored or lose the functionality of their expensive smartphone.<br><br>If a user disables Location Services but then attempts to use a location aware app or service on their device, she will see the dialogue box shown in Figure 6. If the user clicks "OK" the service is enabled for the entire device and permanently, rather than enabling Location Services only for that particular app or service requesting the functionality.<br><br><br><br>Figure 5: Location Services Warning     Figure 6: Re-Enable Location Services<br><br>**Attachment 38 (Google, Android and Location Tracking) at 6.**<br><br>We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.<br><br>Your location can be determined with varying degrees of accuracy by:<br><br>• GPS<br>• IP address<br>• Sensor data from your device<br>• Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices<br><br>The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.<br><br>**Attachment 29 (Google Privacy Policy) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | 

**Attachment 39 (Google Map_Permissions) at 1.**

## Overview ↑

The Google Maps Geolocation API returns a location and accuracy radius based on information about cell towers and WiFi nodes that the mobile client can detect. This document describes the protocol used to send this data to the server and to return a response to the client.

Communication is done over HTTPS using POST. Both request and response are formatted as JSON, and the content type of both is `application/json`.

**Attachment 17 (Cell Towers/Wi-Fi Nodes (RF transceivers) in a wireless communication network) at 1.**

Knowing where the user is allows your application to be smarter and deliver better information to the user. When developing a location-aware application for Android, you can utilize GPS and Android's Network Location Provider to acquire the user location. Although GPS is most accurate, it only works outdoors, it quickly consumes battery power, and doesn't return the location as quickly as users want. Android's Network Location Provider determines user location using cell tower and Wi-Fi signals, providing location information in a way that works indoors and outdoors, responds faster, and uses less battery power. To obtain the user location in your application, you can use both GPS and the Network Location Provider, or just one.

**Attachment 12 (Location of the device determined using cell tower) at 1&2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | The first parameter in requestLocationUpdates() is the type of location provider to use (in this case, the Network Location Provider for cell tower and Wi-Fi based location) You can control the frequency at which your listener receives updates with the second and third parameter–the second is the minimum time interval between notifications and the third is the minimum change in distance between notifications–setting both to zero requests location notifications as frequently as possible. The last parameter is your LocationListener, which receives callbacks for location updates. |

To request location updates from the GPS provider, use GPS_PROVIDER instead of NETWORK_PROVIDER. You can also request location updates from both the GPS and the Network Location Provider by calling requestLocationUpdates() twice–once for NETWORK_PROVIDER and once for GPS_PROVIDER.

> Google Maps application makes use of wireless communication network, having cell towers (Exhibit A) or Wi-Fi access points (Exhibit A), to estimate the location of the Wireless communication device (Exhibit B).

## Requesting User Permissions

In order to receive location updates from NETWORK_PROVIDER or GPS_PROVIDER, you must request user permission by declaring either the ACCESS_COARSE_LOCATION or ACCESS_FINE_LOCATION permission, respectively, in your Android manifest file. Without these permissions, your application will fail at runtime when requesting location updates.

If you are using both NETWORK_PROVIDER and GPS_PROVIDER, then you need to request only the ACCESS_FINE_LOCATION permission, because it includes permission for both providers. Permission for ACCESS_COARSE_LOCATION allows access only to NETWORK_PROVIDER.

**Attachment 12 (Location is estimated using cell tower/wi-fi network) at 3 & 4.**

### Flow for obtaining user location

Here's the typical flow of procedures for obtaining the user location:

1. Start application.
2. Sometime later, start listening for updates from desired location providers.
3. Maintain a "current best estimate" of location by filtering out new, but less accurate fixes.
4. Stop listening for location updates.
5. Take advantage of the last best location estimate.

Figure 1 demonstrates this model in a timeline that visualizes the period in which an application is listening for location updates and the events that occur during that time.



**Attachment 12 (Location is estimated using cell tower/wi-fi network) at 5.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **There are 3 location providers in Android.**<br><br>They are:<br><br>**gps –> (GPS, AGPS):** Name of the GPS location provider. This provider determines location using satellites. Depending on conditions, this provider may take a while to return a location fix. Requires the permission android.permission.ACCESS_FINE_LOCATION.<br><br>**network –> (AGPS, CellID, WiFi MACID):** Name of the network location provider. This provider determines location based on availability of cell tower and WiFi access points. Results are retrieved by means of a network lookup. Requires either of the permissions android.permission.ACCESS_COARSE_LOCATION or android.permission.ACCESS_FINE_LOCATION.<br><br>**passive –> (CellID, WiFi MACID):** A special location provider for receiving locations without actually initiating a location fix. This provider can be used to passively receive location updates when other applications or services request them without actually requesting the locations yourself. This provider will return locations generated by other providers. Requires the permission android.permission.ACCESS_FINE_LOCATION, although if the GPS is not enabled this provider might only return coarse fixes. This is what Android calls these location providers, however, the underlying technologies to make this stuff work is mapped to the specific set of hardware and telco provided capabilities (network service).<br><br>**The best way is to use the "network" or "passive" provider first, and then fallback on "gps", and depending on the task, switch between providers. This covers all cases, and provides a lowest common denominator service (in the worst case) and great service (in the best case).**<br><br>**Attachment 41 (Android Location Providers - GPS or Network Provider?) at 1 & 2.**<br><br>Accuracy<br><br>You can specify location accuracy using the `setPriority()` method, passing one of the following values as the argument:<br><br>• `PRIORITY_HIGH_ACCURACY` provides the most accurate location possible, which is computed using as many inputs as necessary (it enables GPS, Wi-Fi, and cell, and uses a variety of Sensors), and may cause significant battery drain.<br>• `PRIORITY_BALANCED_POWER_ACCURACY` provides accurate location while optimizing for power. Very rarely uses GPS. Typically uses a combination of Wi-Fi and cell information to compute device location.<br>• `PRIORITY_LOW_POWER` largely relies on cell towers and avoids GPS and Wi-Fi inputs, providing coarse (city-level) accuracy with minimal battery drain.<br>• `PRIORITY_NO_POWER` receives locations passively from other apps for which location has already been computed.<br><br>The location needs of most apps can be satisfied using the balanced power or low power options. High accuracy should be reserved for apps that are running in the foreground and require *real time* location updates (for example, a mapping app).<br><br>**Attachment 42 (Optimize location for battery) at 2.**<br><br>Traffic conditions  [edit]<br><br>In 2007, Google began offering traffic data as a colored overlay on top of roads and motorways to represent the speed of vehicles on particular roads. Crowdsourcing is used to obtain the GPS-determined locations of a large number of cellphone users, from which live traffic maps are produced.[59][60][61]<br><br>Google has stated that the speed and location information it collects to calculate traffic conditions is anonymous.[62] Options available in each phone's settings allow users not to share information about their location with Google Maps.[63] Google stated, "Once you disable or opt out of My Location, Maps will not continue to send radio information back to Google servers to determine your handset's approximate location".[64][failed verification]<br><br>**Attachment 43 (Google Maps Wikipedia) at 5 & 6.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| according to mapping information stored within the wireless mobile communications device, | Plaintiff contends the Exhibit-B-listed mobile-wireless-communications device's motherboard processor is programmed to process location-service information; i.e., to receive a location of the device from the wireless communications network and generate an indication of the device's location.<br><br>For example, the motherboard processor may use Google Maps to obtain the device's location and provide direction from that location to a destination. Wireless mobile communication device-including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list) has a processor for example, Quad-Core processor. When wireless communication device transceivers and processor are in communication, they are coupled. Further, the Location-based Service (LBS) provider, such as Google Map, on the Exhibit-B utilizes the processor coupled to the transceiver to estimates/receive the location on mobile wireless communications devices (specifically one or more of the mobile wireless communications devices identified on Exhibit B) by utilizing wireless communication network or first computer.<br><br>For example, the motherboard processor may use Google Maps to view and find places around the globe. Google map can also show your current location and provide direction (including with respect to geographic features such as nearby restaurants) from your location/source to any destination.  In using Google Maps App, the mobile wireless communication device's motherboard processor generates signals for displaying on the device's screen a blue dot that shows the current location of the wireless mobile communication device. The Google map app estimates the location of the device from 3 sources: GPS (GPS uses satellites and knows your location within a few meters), Wi-Fi (the location of nearby Wi-Fi networks helps Maps know where you are), and cell towers (cell tower can be accurate up to a few thousand meters). When Google Maps isn't sure about your location, a light blue circle around the blue dot is shown. You might be anywhere within the light blue circle. The smaller the circle, the more certain the app is about your location.<br><br>Furthermore, Plaintiff contends Google Maps App provides flexibility to download maps on SD card/internal memory of communication device (Exhibit B) examples of compatible devices is Samsung Galaxy S20, Pixel 4a, Pixel 4a 5G, Pixel 5, etc., and navigate offline. When internet is slow or mobile data is expensive, or communication device cannot connect to internet, an area can be saved to phone or tablet (Exhibit B) from Google maps app and use it when offline. Communication device can use Offline maps for Navigation through the downloaded area without internet.<br><br>The following exemplifies the existence of this limitation in Accused Systems: |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|



Preloaded application Google Map on the Wireless mobile device utilizes the processor coupled to the transceiver to estimates/receive the location on mobile wireless communications device by utilizing wireless communication network

| | | Google Pixel 4a | Google Pixel 4a 5G | Google Pixel 5 |
|---|---|---|---|---|
| NETWORK | Technology | GSM / HSPA / LTE | GSM / HSPA / LTE / 5G | GSM / CDMA / HSPA / EVDO / LTE / 5G |
| LAUNCH | Announced | 2020, August 03 | 2020, September 30 | 2020, September 30 |
| | Status | Available. Released 2020, August 20 | Available. Released 2020, November 05 | Available. Released 2020, October 15 |
| BODY | Dimensions | 144 x 69.4 x 8.2 mm (5.67 x 2.73 x 0.32 in) | 153.9 x 74 x 8.2 mm (Sub-6) or 8.5 mm (Sub-6 and mmWave) | 144.7 x 70.4 x 8 mm (5.70 x 2.77 x 0.31 in) |
| | Weight | 143 g (5.04 oz) | 168 g (5G Sub-6); 171 g ( 5G Sub-6 and mmWave) (5.93 oz) | 151 g (5.33 oz) |
| | Build | Glass front (Gorilla Glass 3), plastic back, plastic frame | Glass front (Gorilla Glass 3), plastic back, plastic frame | Glass front (Gorilla Glass 6), aluminum back, aluminum frame |
| | SIM | Nano-SIM and/or eSIM | Nano-SIM and/or eSIM | Nano-SIM and/or eSIM |
| | | | | IP68 dust/water resistant (up to 1.5m for 30 mins) |
| DISPLAY | Type | OLED, HDR | OLED, HDR | OLED, 90Hz, HDR10+ |
| | Size | 5.81 inches, 83.2 cm² (~83.3% screen-to-body ratio) | 6.2 inches, 95.7 cm² (~84.1% screen-to-body ratio) | 6.0 inches, 87.6 cm² (~85.9% screen-to-body ratio) |
| | Resolution | 1080 x 2340 pixels, 19.5:9 ratio (~443 ppi density) | 1080 x 2340 pixels, 19.5:9 ratio (~413 ppi density) | 1080 x 2340 pixels, 19.5:9 ratio (~432 ppi density) |
| | Protection | Corning Gorilla Glass 3 | Corning Gorilla Glass 3 | Corning Gorilla Glass 6 |
| | | Always-on display | Always-on display | Always-on display |
| PLATFORM | OS | Android 10, upgradable to Android 11 | Android 11 | Android 11 |
| | Chipset | Qualcomm SDM730 Snapdragon 730G (8 nm) | Qualcomm SM7250 Snapdragon 765G (7 nm) | Qualcomm SM7250 Snapdragon 765G (7 nm) |
| | CPU | Octa-core (2x2.2 GHz Kryo 470 Gold & 6x1.8 GHz Kryo 470 Silver) | Octa-core (1x2.4 GHz Kryo 475 Prime & 1x2.2 GHz Kryo 475 Gold & 6x1.8 GHz Kryo 475 Silver) | Octa-core (1x2.4 GHz Kryo 475 Prime & 1x2.2 GHz Kryo 475 Gold & 6x1.8 GHz Kryo 475 Silver) |
| | GPU | Adreno 618 | Adreno 620 | Adreno 620 |

**Attachment 4 (Processor of Google Pixel 4a, Pixel 4a 5G and Pixel 5) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|  |  |

Using Turn-by-Turn Navigation with the Galaxy S20 Google Maps

**Time Needed :** 8 minutes

The following steps demonstrate the actual process of setting up and utilizing turn-by-turn navigation system with the Google Maps app on the new Samsung Galaxy S20 handset.

Before you begin, verify and ensure that location is enabled on your phone. It has to be enabled so that your device can determine your current location.

1. **Tap to open the Google folder from the Home screen.**
   A new screen consisting of Google-related apps and services will be displayed.

Google Maps preloaded in the Wireless mobile communication devices (Exhibit B), such as Galaxy S20. Current location of the device is determined if location is enabled.

**Attachment 5 (how to use turn by turn Google map) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  |

**Attachment 5 (how to use turn by turn google map) at 2&3.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | **verizon✓**<br><br>Personal  Business<br>Shop  Why Verizon  Support<br><br>Home  >  Support  >  Sony  >  Sony Xperia Z2  >  Google Maps - Find Current Location<br><br># Google Maps™ - Find Current Location<br><br>🖵 Notes:<br><br>- If the Google Maps app isn't already installed on your device, it can be <u>downloaded</u> from the Google Play Store™.<br>- For further assistance, refer to the Google Maps <u>Help Center</u>.<br><br>1. From a Home screen, tap **Apps**.<br>2. Tap **Maps** 📍.<br>3. Tap the **My Location icon** ◉ (located in the lower-right).<br><br>> Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.) estimate/determine the location of the Wireless communication device (Exhibit B) on Google Maps.<br><br>**Attachment 6 (Find Current Location on Google map) at 1.**<br><br>**Google** 🔍 Search Google Maps Help<br><br>## How Maps finds your current location<br><br>Maps estimates where you are from sources like:<br><br>- **GPS**: This uses satellites and knows your location within a few meters.<br>- **Wi-Fi**: The location of nearby Wi-Fi networks helps Maps know where you are.<br>- **Cell tower**: Your connection to a cellular network can be accurate up to a few thousand meters.<br><br>**Attachment 8 (How map finds your current location) at 2.**<br><br>### What the blue dot means<br><br>The blue dot shows you where you are on the map. When Google Maps isn't sure about your location, you'll see a light blue circle around the blue dot. You might be anywhere within the light blue circle. The smaller the circle, the more certain the app is about your location.<br><br>**Notes:**<br><br>- If the blue dot is not showing, or the dot is gray, this means that we can't find your current location and we're showing you the last location you visited.<br>- If there's something between you and cell towers, like a parking garage or tall buildings, your blue dot might not be accurate.<br><br>**Attachment 8 (Current location shown on google map) at 3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

**Source:** Location estimation on the Wireless communication device

**Attachment 22 (Location estimation on the Wireless communication device) at 10.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|  | Attachment 16 (How to use Pixel 4a GPS and location-based services) at 9.  Attachment 10 (Google Map-Download an offline map on pixel 4a) at 1. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | <br>**Attachment 9 (Mapping information stored on wireless communication device) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|  | **Save a route** |
|  | 1. On your Android phone or tablet, open the Google Maps app 📍. |
|  | 2. Make sure you're connected to the Internet. |
|  | 3. Search for your destination or tap it on the map. |
|  | 4. In the bottom left, tap Directions ◆. |
|  | 5. From the top, choose your mode of transit. |
|  | 6. Tap the white bar at the bottom. It's the one that shows the travel time and distance. |
|  | 7. At the bottom, tap **Save offline**. |
|  | **Tip:** |
|  | • Your route is saved on your phone or tablet. Make sure to use the same phone or tablet when looking for a saved route. |
|  | • Your saved route expires after 30 days. |
|  | • Your route will show you the same mode of transit you chose when you saved the route. |
|  | **Find a saved route** |
|  | 1. On your Android phone or tablet, open the Google Maps app 📍. |
|  | 2. At the bottom, tap **Saved offline route**. |
|  | **Tip:** |
|  | • If you save a route from "Your location" and look up a saved route, the directions will start from the place where you saved the route. The directions won't start from your current location. |
|  | • To get updated information like traffic, tap Refresh ↻. |
|  | • Turn-by-turn navigation isn't currently available for saved routes. To search for places and get turn-by-turn navigation, download an offline area. |
|  | **Attachment 32 (Get directions & show routes) at 3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Use offline maps**<br><br>After you download an area, use the Google Maps app just like you normally would.<br><br>• Get directions and see routes<br>• Use navigation<br>• Search for locations<br><br>If your Internet connection is slow or absent, Google Maps will use your offline maps to give you directions.<br><br>Notes:<br>• You can get driving directions offline, but not transit, bicycling, or walking directions. In your driving directions, you won't have traffic info, alternate routes, or lane guidance.<br>• To save cell data and battery life, use "Wi-Fi only" mode. In this mode, when you're not connected to Wi-Fi, Google Maps will only use data from the offline maps that you've downloaded. Before you use this mode, make sure you download offline maps. To turn on this mode, tap your profile picture or initial 😊 > Settings ⚙ > turn on **Wi-Fi only**.<br><br>## Manage offline maps<br><br>See a list of your offline maps ⌃<br><br>    1. On your Android phone or tablet, open the Google Maps app 📍.<br>    2. Tap your profile picture or initial 😊 > **Offline maps**.<br>You can select your own map to download, or view maps you've already downloaded.<br><br>**Attachment 31 (Download google map) at 2.** |
| and wherein the first processor determines user navigation information and displays the user navigation information according to the location of the wireless mobile communications device with respect to the geographic features and a destination specified at the wireless mobile communications device, | Plaintiff contends the motherboard processor (i.e., processor on the motherboard) of each Exhibit-B-listed item (i.e., mobile Wireless communications device) meets this limitation. The processor processes location-service information, including displaying user navigation information according to the device's location with regards to geographic features and a user-specified Destination. For example, using Google map app for more examples of location services processed by each Exhibit-B device's motherboard processor) the device user locates the device's current location on the google map app and then provide details for a destination on the options, provided in the Google map app. The user can then navigate (i.e., the processor processes display information) in real time from current location to destination. The processor displays navigation in the Google Maps app to display turn-by-turn directions. Using the Google map app, the processor will show the directions and use real-time traffic information to find the best route to the specified destination.<br><br>The following exemplifies this limitation's existence in Accused Systems: |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|-------------------------------------------|



Preloaded application Google Map on the Wireless mobile device utilizes the processor coupled to the transceiver to estimates/receive the location on mobile wireless communications device by utilizing wireless communication network

| | | Google Pixel 4a | Google Pixel 4a 5G | Google Pixel 5 |
|---|---|---|---|---|
| NETWORK | Technology | GSM / HSPA / LTE | GSM / HSPA / LTE / 5G | GSM / CDMA / HSPA / EVDO / LTE / 5G |
| LAUNCH | Announced | 2020, August 03 | 2020, September 30 | 2020, September 30 |
| | Status | Available. Released 2020, August 20 | Available. Released 2020, November 05 | Available. Released 2020, October 15 |
| BODY | Dimensions | 144 x 69.4 x 8.2 mm (5.67 x 2.73 x 0.32 in) | 153.9 x 74 x 8.2 mm (Sub-6) or 8.5 mm (Sub-6 and mmWave) | 144.7 x 70.4 x 8 mm (5.70 x 2.77 x 0.31 in) |
| | Weight | 143 g (5.04 oz) | 168 g (5G Sub-6); 171 g ( 5G Sub-6 and mmWave) (5.93 oz) | 151 g (5.33 oz) |
| | Build | Glass front (Gorilla Glass 3), plastic back, plastic frame | Glass front (Gorilla Glass 3), plastic back, plastic frame | Glass front (Gorilla Glass 6), aluminum back, aluminum frame |
| | SIM | Nano-SIM and/or eSIM | Nano-SIM and/or eSIM | Nano-SIM and/or eSIM |
| | | | | IP68 dust/water resistant (up to 1.5m for 30 mins) |
| DISPLAY | Type | OLED, HDR | OLED, HDR | OLED, 90Hz, HDR10+ |
| | Size | 5.81 inches, 83.2 cm² (~83.3% screen-to-body ratio) | 6.2 inches, 95.7 cm² (~84.1% screen-to-body ratio) | 6.0 inches, 87.6 cm² (~85.9% screen-to-body ratio) |
| | Resolution | 1080 x 2340 pixels, 19.5:9 ratio (~443 ppi density) | 1080 x 2340 pixels, 19.5:9 ratio (~413 ppi density) | 1080 x 2340 pixels, 19.5:9 ratio (~432 ppi density) |
| | Protection | Corning Gorilla Glass 3 | Corning Gorilla Glass 3 | Corning Gorilla Glass 6 |
| | | Always-on display | Always-on display | Always-on display |
| PLATFORM | OS | Android 10, upgradable to Android 11 | Android 11 | Android 11 |
| | Chipset | Qualcomm SDM730 Snapdragon 730G (8 nm) | Qualcomm SM7250 Snapdragon 765G (7 nm) | Qualcomm SM7250 Snapdragon 765G (7 nm) |
| | CPU | Octa-core (2x2.2 GHz Kryo 470 Gold & 6x1.8 GHz Kryo 470 Silver) | Octa-core (1x2.4 GHz Kryo 475 Prime & 1x2.2 GHz Kryo 475 Gold & 6x1.8 GHz Kryo 475 Silver) | Octa-core (1x2.4 GHz Kryo 475 Prime & 1x2.2 GHz Kryo 475 Gold & 6x1.8 GHz Kryo 475 Silver) |
| | GPU | Adreno 618 | Adreno 620 | Adreno 620 |

**Attachment 4 (Processor of Google Pixel 4a, Pixel 4a 5G, and Pixel 5) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| |  |

## Using Turn-by-Turn Navigation with the Galaxy S20 Google Maps

**Time Needed :** 8 minutes

The following steps demonstrate the actual process of setting up and utilizing turn-by-turn navigation system with the Google Maps app on the new Samsung Galaxy S20 handset.

Before you begin, verify and ensure that location is enabled on your phone. It has to be enabled so that your device can determine your current location.

1. **Tap to open the Google folder from the Home screen.**
   A new screen consisting of Google-related apps and services will be displayed.

Google Maps preloaded in the Wireless mobile communication devices (Exhibit B), such as Galaxy S20. Current location of the device is determined if location is enabled.

**Attachment 5 (how to use turn by turn Google map) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | <br><br>2. **Tap Maps to open Google Maps app.**<br>If this is the first time you use Google Maps on your Galaxy S20, you'll be prompted with a Welcome screen. If you see this screen, read and review the information then tap **GOT IT** to proceed.<br><br>Google Maps preloaded in the Wireless mobile communication devices (Exhibit B), such as Galaxy S20.<br><br>**Attachment 5 (how to use turn by turn google map) at 2&3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|

**verizon✓**

Personal   Business

Shop   Why Verizon   Support

Home  >  Support  >  Sony  >  Sony Xperia Z2  >  Google Maps - Find Current Location

# Google Maps™ - Find Current Location

Notes:

- If the Google Maps app isn't already installed on your device, it can be <u>downloaded</u> from the Google Play Store™.
- For further assistance, refer to the Google Maps <u>Help Center</u>.

1. From a Home screen, tap **Apps**.
2. Tap **Maps**.
3. Tap the **My Location icon** ⊕ (located in the lower-right).

> Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.) estimate/determine the location of the Wireless communication device (Exhibit B) on Google Maps.

**Attachment 6 (Find Current Location on Google map) at 1.**

**Google**    🔍  Search Google Maps Help

## How Maps finds your current location

Maps estimates where you are from sources like:

- **GPS**: This uses satellites and knows your location within a few meters.
- **Wi-Fi**: The location of nearby Wi-Fi networks helps Maps know where you are.
- **Cell tower**: Your connection to a cellular network can be accurate up to a few thousand meters.

**Attachment 8 (How map finds your current location) at 2.**

## What the blue dot means

The blue dot shows you where you are on the map. When Google Maps isn't sure about your location, you'll see a light blue circle around the blue dot. You might be anywhere within the light blue circle. The smaller the circle, the more certain the app is about your location.

**Notes**:

- If the blue dot is not showing, or the dot is gray, this means that we can't find your current location and we're showing you the last location you visited.
- If there's something between you and cell towers, like a parking garage or tall buildings, your blue dot might not be accurate.

**Attachment 8 (Current location shown on google map) at 3.**

49

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | The following screenshot shows the My Location button at top right and the My Location blue dot in the center of the map:<br><br><br><br>**Source:** Location estimation on the Wireless communication device<br><br>**Attachment 22 (Location estimation on the Wireless communication device) at 10.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| |  |

**Attachment 10 (Google Map-Download an offline map on Pixel 4a) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  | <br>Attachment 9 (Mapping information stored on wireless communication device) at 1. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Get directions & show routes**<br><br>You can get directions for driving, public transit, walking, or biking on Google Maps. Whenever you find multiple routes, the best route to your destination is blue. Other routes are in gray on the map.<br><br>Some directions in Google Maps are in beta, and may have limited availability. Always be cautious when using directions on Google Maps, remain aware of your surroundings at all times, and take necessary means to ensure safety of yourself and those around you. When in doubt, follow actual traffic regulations by confirming signage from the road or path that you are on when using directions.<br><br>**Android**   Computer   iPhone & iPad<br><br>1. On your Android phone or tablet, open the Google Maps app 📍.<br>2. Search for your destination or tap it on the map.<br>3. In the bottom left, tap Directions ◈.<br>4. Choose one of the following:<br>  • **Driving:** 🚗<br>  • **Motorcycle:** 🏍<br>  • **Transit:** 🚆<br>  • **Walking:** 🚶<br>  • **Rides:** 🚕<br>  • **Cycling:** 🚲<br>5. To get the list of directions, tap the bar at the bottom that shows travel time and distance.<br>6. To choose another route, tap it on the map. Each route shows the estimated travel time on the map.<br><br>**Tip:**<br>• For transit directions, choose a route, then tap the bar at the bottom that shows travel time and distance.<br>• Not all cities have public transit directions in Google Maps. Learn which cities are covered ⧉.<br>• For Driving 🚗 and Transit 🚆 directions, to pin your favorite trips, tap Pin 📌 at the bottom. Learn more about how to pin your favorite trips.<br><br>**Attachment 32 (Get directions & show routes) at 3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | **Attachment 5 (Navigation based on destination entered on Google Maps) at 4 & 5.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|



**Attachment 11 (Navigation based on destination entered on Google Maps) at 1 & 2.**

### Use offline maps

After you download an area, use the Google Maps app just like you normally would.

• Get directions and see routes
• Use navigation
• Search for locations

If your Internet connection is slow or absent, Google Maps will use your offline maps to give you directions.

Notes:

• You can get driving directions offline, but not transit, bicycling, or walking directions. In your driving directions, you won't have traffic info, alternate routes, or lane guidance.
• To save cell data and battery life, use "Wi-Fi only" mode. In this mode, when you're not connected to Wi-Fi, Google Maps will only use data from the offline maps that you've downloaded. Before you use this mode, make sure you download offline maps. To turn on this mode, tap your profile picture or initial ⊖ > Settings ⚙ > turn on **Wi-Fi only**.

## Manage offline maps

See a list of your offline maps                                          ⌃

1. On your Android phone or tablet, open the Google Maps app 📍 .
2. Tap your profile picture or initial ⊖ > **Offline maps**.

You can select your own map to download, or view maps you've already downloaded.

**Attachment 31 (Download google map) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  |
| | **Attachment 25 (Use Google Maps - Samsung Galaxy S20 Ultra 5G) at 6.** |

The image contains the following annotations:

- Navigation Information displayed to user by the processor on the wireless communication device (Exhibit-B) based on destination entered by the user.
- Navigation Information displayed to user based on destination entered on the Wireless communication device (Exhibit B).
- Geographical features cities, streets, or other point of interests, etc.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | Navigation Information displayed to user based on destination entered on the Wireless communication device (Exhibit B).<br><br>Current location on the map<br><br>Geographical features cities, streets, or other point of interests, etc.<br><br>**Source:** Navigation based on destination entered on Google Maps |
| wherein the first processor further sends the user navigation information to the network as a number of segments, wherein at least one other processor outside the network updates the user navigation information in conformity with traffic congestion | Plaintiff contends each item listed on Exhibit B corresponds to this claim limitation because each Exhibit-B item includes a processor. Wireless mobile communication device- including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list) has a processor, for example, Quad-Core/ Octa-core processor.<br><br>Further, the Google Maps utilizing the processor can send the user navigation information to the network as a number of segments as to receive the traffic information for the segments, it is required to send the navigation information to the network as a number of segments.<br><br>As can be seen from the citations, the wireless communications device (Exhibit-B), having a processor, while navigating keeps on communicating the navigation information to the wireless communication network. The Google Maps hardware/software in the wireless communication network computes the average speed (numerical value) or average delays for each segment based on traffic congestion information for each segment. The updated information in response to the user's current navigation information is then transmitted by Google Maps hardware/software to |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| information accessible to the at least one other processor outside the network by computing a numerical value for the segments corresponding to the expected time to travel through the segments, updates the user navigation information in conformity with the numerical values for the segments, and sends the updated user navigation information to the wireless mobile communications device; | the wireless communication device (Exhibit-B). The Google Map provides the user of the wireless communication device with the delays from traffic, summary of incidents and the average speed of each segment on the traffic page and also provides the user with the suggested navigation information with the received traffic information. The suggested route screen shows the proposed new route, outlining the original and suggested route, as well as listing the estimated time saved. <br><br> The following exemplifies the existence of this limitation in Accused Systems: <br><br>  <br><br> Preloaded application Google Map on the Wireless mobile device utilizes the processor coupled to the transceiver to estimates/receive the location on mobile wireless communications device by utilizing wireless communication network <br><br>  <br><br> **Attachment 4 (Processor of Google Pixel 4a, Pixel 4a 5G and Pixel 5) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Get directions & show routes** |

You can get directions for driving, public transit, walking, or biking on Google Maps. Whenever you find multiple routes, the best route to your destination is blue. Other routes are in gray on the map.

Some directions in Google Maps are in beta, and may have limited availability. Always be cautious when using directions on Google Maps, remain aware of your surroundings at all times, and take necessary means to ensure safety of yourself and those around you. When in doubt, follow actual traffic regulations by confirming signage from the road or path that you are on when using directions.

**Android**   Computer   iPhone & iPad

1. On your Android phone or tablet, open the Google M
2. Search for your destination or tap it on the map.
3. In the bottom left, tap Directions ⬥.
4. Choose one of the following:
   • **Driving:** 🚗
   • **Motorcycle:** 🏍
   • **Transit:** 🚉
   • **Walking:** 🚶
   • **Rides:** 🧍
   • **Cycling:** 🚲

> The process of inputting a destination entry and initiating a navigation query at the Google Maps' client-side user interface (UI) at a user's communications device, and in response receiving navigation assistance (directions) from the remote Google Maps server.

5. To get the list of directions, tap the bar at the bottom that shows travel time and distance.
6. To choose another route, tap it on the map. Each route shows the estimated travel time on the map.

**Tip:**
• For transit directions, choose a route, then tap the bar at the bottom that shows travel time and distance.
• Not all cities have public transit directions in Google Maps. Learn which cities are covered ⧉.
• For Driving 🚗 and Transit 🚉 directions, to pin your favorite trips, tap Pin 📌 at the bottom. Learn more about how to pin your favorite trips.

**Attachment 32 (Get directions and show routes - Android - Google Maps Help) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|



**Save a route**

1. On your Android phone or tablet, open the Google Maps app 📍.
2. Make sure you're connected to the Internet.
3. Search for your destination or tap it on the map.
4. In the bottom left, tap Directions ◆.
5. From the top, choose your mode of transit.
6. Tap the white bar at the bottom. It's the one that shows the travel time and distance.
7. At the bottom, tap **Save offline**.

Tip:

- Your route is saved on your phone or tablet. Make sure to use the same phone or tablet when looking for a saved route.
- Your saved route expires after 30 days.
- Your route will show you the same mode of transit you chose when you saved the route.

**Find a saved route**

1. On your Android phone or tablet, open the Google Maps app 📍.
2. At the bottom, tap **Saved offline route**.

Tip:

- If you save a route from "Your location" and look up a saved route, the directions will start from the place where you saved the route. The directions won't start from your current location.
- To get updated information like traffic, tap Refresh ↻.
- Turn-by-turn navigation isn't currently available for saved routes. To search for places and get turn-by-turn navigation, download an offline area.

**Attachment 32 (Get directions & show routes) at 3.**

**Update offline maps**                                                        ^

Offline maps that you downloaded on your phone or tablet need to be updated before they expire. When your offline maps expire in 15 days or less, Google Maps will try to update the area automatically when you're connected to Wi-Fi.

If your offline maps aren't automatically updated, you can update them by following the steps below.

## From the notification

1. In the "Update offline maps" notification, tap **Update Now**.
2. Tap the expired or expiring area on the list.
3. Tap **Update**.
4. The offline area will update

## From anywhere else

1. On your Android phone or tablet, open the Google Maps app 📍.
2. Tap your profile picture or initial ⊖ > **Offline maps**.
3. Tap the expired or expiring area on the list.
4. Tap **Update**.
5. The offline area will update

**Attachment 31 (Download google map) at 3.**

60

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  |
| | **Attachment 26 (Get traffic or search for places along the way - Google Maps Help) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Putting it all together**<br><br>So how exactly does this all work in real life? Say you're heading to a doctor's appointment across town, driving down the road you typically take to get there. When you leave the house, traffic is flowing freely, with zero indication of any disruptions along the way. With Google Maps' traffic predictions combined with live traffic conditions, we let you know that if you continue down your current route, there's a good chance you'll get stuck in unexpected gridlock traffic about 30 minutes into your ride—which would mean missing your appointment. As a result, Google Maps automatically reroutes you using its knowledge about nearby road conditions and incidents—helping you avoid the jam altogether and get to your appointment on time.<br><br>Predicting traffic and determining routes is incredibly complex—and we'll keep working on tools and technology to keep you out of gridlock, and on a route that's as safe and efficient as possible. ■<br><br>**Attachment 35 (How AI helps predict traffic and determine routes - Google Maps) at 2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  | **How to change your route on Google Maps on desktop**<br><br>**1.** Open Google Maps and type in the address or name of the location you wish to travel to before pressing Enter.<br><br>**2.** Once the location comes up, click the Directions button beneath the info card. **3.** Enter the starting point for your journey. This could be your home address or wherever you'll be departing from.<br><br>**4.** Using the menu box above the journey information, choose which directions you would like to use - options for the purposes of this article include driving, public transit, cycling, and walking.<br><br>**5.** On the map, you'll notice outlines for several routes. The default one, or the one Google Maps believes is best, will be highlighted blue.<br><br><br>Jennifer Still/Business Insider<br>You can change your route by choosing one of the grey alternate ones, or dragging it to another route.<br><br>**6.** To choose an alternate route, either click on a greyed-out route on the map or click on one of the other routes listed on the left-hand side menu. Note that you can also change routes by clicking on one and dragging it so that the directions will take you via certain roads.<br><br>**Attachment 37 (How to change the route on Google Map) at 3.**<br><br>Google map Navigator hardware/software (Exhibit C) in the wireless network computes the estimated time delays (numerical value) for each segment corresponding to the time to travel through each segment. The updated information in response to user's current navigation information is then transmitted by the Google Map hardware/software (Exhibit C) to the wireless communication device (Exhibit-B) |

63

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| |  |

Attachment 24 (Traffic information summary on Google Maps) at 9.

Attachment 23 (Google Maps – Navigation & Explore) at 1.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|         |  |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|



**Attachment 36 (Plan your commute or trip) at 1&2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  **Attachment 25 (Use Google Maps – Samsung Galaxy S20 Ultra 5G) at 6.** |
| at least one second radio-frequency transceiver and an associated at least one second antenna of the wireless communications network to which the second radio-frequency transceiver is coupled; and | Plaintiff contends each Accused System includes at least one item listed on Exhibit A, each of which is a base station and each of which is coupled to at least one antenna. Base station includes radio-frequency transceivers designed and used for radio-frequency communication with at least one antenna. When base-station transceivers and antennas are in communication, they are coupled. Further, in addition to being so coupled, the transceivers and antenna of each Exhibit-A item are also, by placement within a base station, physically coupled. The cell of the wireless communications network include base stations for transmission and reception of wireless signals to and from the mobile wireless communication devices or UEs or user devices (mobile phones, laptops, tablets, PDAs etc.). These base stations are, therefore, RF transceivers. Also, these base stations are coupled with at least one antenna for the function of transmission and reception. The following exemplifies this limitation's existence in Accused Systems: |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|         |  **Attachment 8 (How map find your current location) at 2.**  **Attachment 12 (Location of the device determined using cell tower) at 1&2.**  **Attachment 17 (Cell Towers/Wi-Fi Nodes (RF transceivers) in a wireless communication network) at 1** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | The first parameter in `requestLocationUpdates()` is the type of location provider to use (in this case, the Network Location Provider for cell tower and Wi-Fi based location). You can control the frequency at which your listener receives updates with the second and third parameter—the second is the minimum time interval between notifications and the third is the minimum change in distance between notifications—setting both to zero requests location notifications as frequently as possible. The last parameter is your `LocationListener`, which receives callbacks for location updates. |

To request location updates from the GPS provider, use `GPS_PROVIDER` instead of `NETWORK_PROVIDER`. You can also request location updates from both the GPS and the Network Location Provider by calling `requestLocationUpdates()` twice—once for `NETWORK_PROVIDER` and once for `GPS_PROVIDER`.

## Requesting User Permissio

> Google Maps application makes use of wireless communication network, having cell towers (Exhibit A) or Wi-Fi access points (Exhibit A), to estimate the location of the Wireless communication device (Exhibit B).

In order to receive location updates from `NETWORK_PROVIDER` or `GPS_PROVIDER`, you must request the user's permission by declaring either the `ACCESS_COARSE_LOCATION` or `ACCESS_FINE_LOCATION` permission, respectively, in your Android manifest file. Without these permissions, your application will fail at runtime when requesting location updates.

If you are using both `NETWORK_PROVIDER` and `GPS_PROVIDER`, then you need to request only the `ACCESS_FINE_LOCATION` permission, because it includes permission for both providers. Permission for `ACCESS_COARSE_LOCATION` allows access only to `NETWORK_PROVIDER`.

**Attachment 12 (Location is estimated using cell tower/wi-fi network) at 3 & 4**.

## Help your phone get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)

### Turn your phone's location accuracy on or off

1. Open your device's Settings app.
2. Tap **Location** ▸ **Advanced** ▸ **Google Location Accuracy**.
3. Turn **Improve Location Accuracy** on or off.

**When Google Location Accuracy is on** ⌃

When you have Google Location Accuracy turned on, your phone uses these sources to get the most accurate location:

- GPS
- Wi-Fi
- Mobile networks
- Sensors

> Wireless communication device receive the location of the Wireless communication device (Exhibit B) on Google Map from Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.)

**When Google Location Accuracy is off** ⌄

### Let your phone scan for nearby networks or devices

To help apps get better location info, you can let your phone scan for nearby Wi-Fi access points or Bluetooth devices.

1. Open your device's Settings app.
2. Tap **Location** ▸ **Wi-Fi and Bluetooth scanning.**
3. Turn **Wi-Fi scanning** or **Bluetooth scanning** on or off.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|  | **Attachment 21 (Manage your Pixel phone's location settings) at 2.**<br><br><br><br>**Attachment 33 (Google Maps Not Updating Location) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| a second processor coupled to the at least one second radio-frequency transceiver programmed to acquire the information indicative of a location of the wireless mobile communications device, | Plaintiff contends that Google Maps has one or more processors that determine(s) the location of wireless mobile communications devices. These processors communicatively coupled to the second RF transceiver(s) and are programmed to determine a wireless mobile communication device's location.<br><br>Wireless mobile communications devices can, through the second RF transceiver(s), communicatively connect to and use Google Maps. Google Maps' processors can determine the device's current location and direction from that location/source to any destination.  The processors are programmed to estimate the location of the device from 3 sources: GPS (GPS uses satellites and knows your location within a few meters), Wi-Fi (the location of nearby Wi-Fi networks helps Maps know where you are), and cell towers (cell tower can be accurate up to a few thousand meters).<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br><br><br>**Attachment 8 (How map find your current location) at 2.**<br><br><br><br>**Attachment 18 (method of estimate the location of the device) at 1**. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|         | Settings<br><br>Google map estimates the location of the device from 3 sources: GPS, Wi-Fi and cell towers<br><br>**Location**<br><br>Location services use a combination of GPS, mobile network and Wi-Fi to determine the location of your device.<br><br>1. From Settings, tap **Location**.<br>2. Tap ◯ to turn on Location services.<br><br>TIP  Some apps require location services be turned on for full functionality.<br><br>**Attachment 15 (Turn ON/OFF the location setting) at 161.**<br><br>Knowing where the user is allows your application to be smarter and deliver better information to the user. When developing a location-aware application for Android, you can utilize GPS and Android's Network Location Provider to acquire the user location. Although GPS is most accurate, it only works outdoors, it quickly consumes battery power, and doesn't return the location as quickly as users want. Android's Network Location Provider determines user location using cell tower and Wi-Fi signals, providing location information in a way that works indoors and outdoors, responds faster, and uses less battery power. To obtain the user location in your application, you can use both GPS and the Network Location Provider, or just one.<br><br>**Attachment 12 (Location of the device determine using cell tower) at 1&2.**<br><br>Google Maps provides location information based on cell towers/Wi-Fi nodes which form part of cellular communication network. These cell towers are radio frequency transceivers with antenna (Exhibit A).<br><br>Introduction<br><br>The Geolocation API returns a location and accuracy radius based on information about cell towers and WiFi nodes that the mobile client can detect. This document describes the protocol used to send this data to the server and to return a response to the client.<br><br>Communication is done over HTTPS using POST. Both request and response are formatted as JSON, and the content type of both is `application/json`.<br><br>**Attachment 17 (Cell Towers/Wi-Fi Nodes (RF transceivers) in a wireless communication network) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|

The first parameter in `requestLocationUpdates()` is the type of location provider to use (in this case, the Network Location Provider for cell tower and Wi-Fi based location). You can control the frequency at which your listener receives updates with the second and third parameter—the second is the minimum time interval between notifications and the third is the minimum change in distance between notifications—setting both to zero requests location notifications as frequently as possible. The last parameter is your `LocationListener`, which receives callbacks for location updates.

To request location updates from the GPS provider, use `GPS_PROVIDER` instead of `NETWORK_PROVIDER`. You can also request location updates from both the GPS and the Network Location Provider by calling `requestLocationUpdates()` twice—once for `NETWORK_PROVIDER` and once for `GPS_PROVIDER`.

## Requesting User Permissions

> Google Maps application makes use of wireless communication network, having cell towers (Exhibit A) or Wi-Fi access points (Exhibit A), to estimate the location of the Wireless communication device (Exhibit B).

In order to receive location updates from `NETWORK_PROVIDER` or `GPS_PROVIDER`, you must request user permission by declaring either the `ACCESS_COARSE_LOCATION` or `ACCESS_FINE_LOCATION` permission, respectively, in your Android manifest file. Without these permissions, your application will fail at runtime when requesting location updates.

If you are using both `NETWORK_PROVIDER` and `GPS_PROVIDER`, then you need to request only the `ACCESS_FINE_LOCATION` permission, because it includes permission for both providers. Permission for `ACCESS_COARSE_LOCATION` allows access only to `NETWORK_PROVIDER`.

**Attachment 12 (Location is estimated using cell tower/wi-fi network) at 3 & 4.**

## Help your phone get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)

### Turn your phone's location accuracy on or off

1. Open your device's Settings app.
2. Tap **Location** ▸ **Advanced** ▸ **Google Location Accuracy**.
3. Turn **Improve Location Accuracy** on or off.

**When Google Location Accuracy is on** ⌃

When you have Google Location Accuracy turned on, your phone uses these sources to get the most accurate location:

- GPS
- Wi-Fi
- Mobile networks
- Sensors

> Wireless communication device receive the location of the Wireless communication device (Exhibit B) on Google Map from Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.)

**When Google Location Accuracy is off** ⌄

### Let your phone scan for nearby networks or devices

To help apps get better location info, you can let your phone scan for nearby Wi-Fi access points or Bluetooth devices.

1. Open your device's Settings app.
2. Tap **Location** ▸ **Wi-Fi and Bluetooth scanning.**
3. Turn **Wi-Fi scanning** or **Bluetooth scanning** on or off.

**Attachment 21 (Manage your Pixel phone's location settings) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  **Attachment 33 (Google Maps Not Updating Location) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

By default the "Location setting" is set at "High accuracy" mode, wherein, for example, accuracy of location of a communications device determined based on locations of nearby Wi-Fi network infrastructure (access points or hotspots) is further enhanced or fine-tuned by Google Maps Server additionally using the said communications device's GPS location and the location data obtained from the mobile network (Cell tower information and/or Location of the communications device determined through the Assisted-GPS method by the said mobile network) serving the said communications device.

**Attachment 45 (Google Maps_Android app_Location settings) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|  | # Find and improve your location's accuracy<br><br>Sometimes Google Maps might have trouble finding where you are located. If the GPS location of your blue dot on the map is inaccurate or the blue dot is not showing up, here are some things you can do to help fix the problem.<br><br>**Tip**: This will also improve your search results and make them more relevant to you.<br><br>Computer    Android    iPhone & iPad<br><br>## See your current location on the map<br><br>1. On your Android phone or tablet, open the Google Maps app 📍.<br><br>2. You'll see a blue dot, which shows where you are. If you don't see a blue dot, go to the bottom and tap Your location ◉.<br><br>## How Maps finds your current location<br><br>Maps estimates where you are from sources like:<br><br>• **GPS:** This uses satellites and knows your location up to around 20 meters. **Note**: When you're inside buildings or underground, the GPS is sometimes inaccurate.<br>• **Wi-Fi:** The location of nearby Wi-Fi networks helps Maps know where you are.<br>• **Cell tower:** Your connection to a cellular network can be accurate up to a few thousand meters.<br><br>**Attachment 46 (Find and improve your location's accuracy - Android - Google Maps Help) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **From your devices**<br><br>Many devices, like phones or computers, can work out their precise location. You can allow Google and other apps to provide you with useful features based on where your device is located. For example, if you're running late to meet your friends, you'll probably want to use a navigation app to know the quickest way to get to your destination. To get turn-by-turn directions, you may need to turn on your device's location and give the app the permission to access it. Or for some searches like "coffee shop", "bus stop" or "atm", results will usually be more helpful when precise location is available.<br><br>On your Android device, if you choose to turn on your device location, you can use features like navigation, giving an app access to your current location, or find your phone. You can also choose which apps have permission to use your device's location with simple controls that let you turn the permission on or off for individual apps. On Android, you can see when an app is requesting to use your phone's GPS-based location when the top of your screen shows Location ⦿. Learn more<br><br>**Google Location Services**<br><br>On most Android devices, Google, as the network location provider, provides a location service called Google Location Services (GLS), known in Android 9 and above as Google Location Accuracy. This service aims to provide a more accurate device location and generally improve location accuracy. Most mobile phones are equipped with GPS, which uses signals from satellites to determine a device's location – however, with Google Location Services, additional information from nearby Wi-Fi, mobile networks, and device sensors can be collected to determine your device's location. It does this by periodically collecting location data from your device and using it in an anonymous way to improve location accuracy.<br><br>You can disable Google Location Services at any time in your device's location settings. Your device's location will continue to work even if GLS is turned off, but the device will rely only on GPS to estimate device location for apps with the necessary permission. Google Location Services is distinct from your device's location setting. Learn more<br><br>The settings and permissions on Android control whether your device sensors (like GPS) or network-based location (like GLS) are used to determine your location and which apps have access to that location. They do not impact how websites and apps might estimate your location in other ways, such as from your IP Address.<br><br>**Attachment 44 (How Google uses location information – Privacy & Terms – Google) at 2 &3.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | <br>**Attachment 40 (Manage your Pixel phone's location settings) at 3 & 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  | <br><br>Attachment 33 (Google Maps Not Updating Location) at 4. |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |

Figure 1: Four Android settings and services that relate to location information collection. [1]

**Google Location Services**

Google Location Services (GLS) operate at a device level and rely on sensors such as GPS, Wi-Fi, the cellular radio, and other technologies included in mobile devices to position a user in the world.  If a user keeps the default settings prompted by Google, Location Services is enabled, Location Accuracy will be set to "High Accuracy" [2] and Location Scanning will be enabled for both Wi-Fi base stations and Bluetooth Beacons, regardless of a user's choice to turn Wi-Fi or Bluetooth on.  The implications of user choices among the various Location Services settings are significant, but not intuitive, including:

- With Location Services turned on, Location Accuracy set to "Device only" and Location Scanning turned off, an Android device will only use GPS to provide the location of an Android device.
- When Location Accuracy is set to "High accuracy" and Location Scanning is enabled (the default setting for new device setup), an Android device will use sources including Wi-Fi, Bluetooth, and cellular radio to improve the accuracy of the device's position.

**Attachment 38 (Google, Android and Location Tracking) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | After completing the setup process users can validate and control settings for device location via the Settings app and navigating to Google settings, then Location (Figure 4).<br><br><br><br>Figure 4: Location settings after Android device setup process<br><br>As demonstrated in Figure 4, if users accept Google's defaults during the setup process, the Android device is configured with Location Services enabled, Wi-Fi and Bluetooth scanning engaged, and Location History active.<br><br>**Attachment 38 (Google, Android and Location Tracking) at 5.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | Users can choose to disable GLS during the set-up process.  However, if a user attempts to disable GLS, a warning dialogue box prompts an extreme scenario: "device location for all apps is turned off and you may not be able to locate your device if it is lost." (Figure 5) Note as well, the action prompt is to "Turn on Location" – reversing the user choice triggering the warning. Further, as described immediately below, many Google and third party apps will not function unless GLS is turned on.  Therefore, Google forces user into an impossible ultimatum, have their every move constantly monitored, tracked, and stored or lose the functionality of their expensive smartphone. <br><br> If a user disables Location Services but then attempts to use a location aware app or service on their device, she will see the dialogue box shown in Figure 6. If the user clicks "OK" the service is enabled for the entire device and permanently, rather than enabling Location Services only for that particular app or service requesting the functionality. <br><br>   <br> **Figure 5: Location Services Warning**    **Figure 6: Re-Enable Location Services** <br><br> **Attachment 38 (Google, Android and Location Tracking) at 6.** <br><br> We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you. <br><br> Your location can be determined with varying degrees of accuracy by: <br><br> • GPS <br> • IP address <br> • Sensor data from your device <br> • Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices <br><br> The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off ⧉ using the device's settings app. You can also turn on Location History ⧉ if you want to create a private map of where you go with your signed-in devices. <br><br> **Attachment 29 (Google Privacy Policy) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | <br><br>**Attachment 39 (Google Map_Permissions) at 1.**<br><br>**Flow for obtaining user location**<br><br>Here's the typical flow of procedures for obtaining the user location:<br><br>1. Start application.<br>2. Sometime later, start listening for updates from desired location providers.<br>3. Maintain a "current best estimate" of location by filtering out new, but less accurate fixes.<br>4. Stop listening for location updates.<br>5. Take advantage of the last best location estimate.<br><br>Figure 1 demonstrates this model in a timeline that visualizes the period in which an application is listening for location updates and the events that occur during that time.<br><br>**Attachment 12 (Location is estimated using cell tower/wi-fi network) at 5.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **There are 3 location providers in Android.**<br><br>They are:<br><br>**gps –> (GPS, AGPS):** Name of the GPS location provider. This provider determines location using satellites. Depending on conditions, this provider may take a while to return a location fix. Requires the permission android.permission.ACCESS_FINE_LOCATION.<br><br>**network –> (AGPS, CellID, WiFi MACID):** Name of the network location provider. This provider determines location based on availability of cell tower and WiFi access points. Results are retrieved by means of a network lookup. Requires either of the permissions android.permission.ACCESS_COARSE_LOCATION or android.permission.ACCESS_FINE_LOCATION.<br><br>**passive –> (CellID, WiFi MACID):** A special location provider for receiving locations without actually initiating a location fix. This provider can be used to passively receive location updates when other applications or services request them without actually requesting the locations yourself. This provider will return locations generated by other providers. Requires the permission android.permission.ACCESS_FINE_LOCATION, although if the GPS is not enabled this provider might only return coarse fixes. This is what Android calls these location providers, however, the underlying technologies to make this stuff work is mapped to the specific set of hardware and telco provided capabilities (network service).<br><br>**The best way is to use the "network" or "passive" provider first, and then fallback on "gps", and depending on the task, switch between providers. This covers all cases, and provides a lowest common denominator service (in the worst case) and great service (in the best case).**<br><br>**Attachment 41 (Android Location Providers - GPS or Network Provider?) at 1 & 2.**<br><br>Accuracy<br><br>You can specify location accuracy using the `setPriority()` method, passing one of the following values as the argument:<br><br>• `PRIORITY_HIGH_ACCURACY` provides the most accurate location possible, which is computed using as many inputs as necessary (it uses GPS, Wi-Fi, and cell, and uses a variety of Sensors), and may cause significant battery drain.<br>• `PRIORITY_BALANCED_POWER_ACCURACY` provides accurate location while optimizing for power. Very rarely uses GPS. Typically uses a combination of Wi-Fi and cell information to compute device location.<br>• `PRIORITY_LOW_POWER` largely relies on cell towers and avoids GPS and Wi-Fi inputs, providing coarse (city-level) accuracy with minimal battery drain.<br>• `PRIORITY_NO_POWER` receives locations passively from other apps for which location has already been computed.<br><br>The location needs of most apps can be satisfied using the balanced power or low power options. High accuracy should be reserved for apps that are running in the foreground and require *real time* location updates (for example, a mapping app).<br><br>**Attachment 42 (Optimize location for battery) at 2.**<br><br>Traffic conditions  [ edit ]<br><br>In 2007, Google began offering traffic data as a colored overlay on top of roads and motorways to represent the speed of vehicles on particular roads. Crowdsourcing is used to obtain the GPS-determined locations of a large number of cellphone users, from which live traffic maps are produced.[59][60][61]<br><br>Google has stated that the speed and location information it collects to calculate traffic conditions is anonymous.[62] Options available in each phone's settings allow users not to share information about their location with Google Maps.[63] Google stated, "Once you disable or opt out of My Location, Maps will not continue to send radio information back to Google servers to determine your handset's approximate location".[64][failed verification]<br><br>**Attachment 43 (Google Maps Wikipedia) at 5 & 6.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| wherein the second processor selectively acquires the information indicative of a location of the wireless mobile communications device dependent on the setting of preference flags, | Plaintiff contends each Exhibit-B wireless mobile can set preference flags that enable or disable accessibility to data relevant to the device's location by Location-Based Services (LBS) providers. Such programmability by a wireless device is at times known as a privacy setting.  Further, such programmability is available by location-permission granting (wireless mobile communications device must grant permission). <br><br> The LBS providers' processors select to determine a wireless mobile communications device's location if the preference flags applicable to that device have been set for enablement. The processors select to not determine a wireless mobile communications device's location if the preference flags applicable to that device have not been set for enablement. <br><br> The following exemplifies this limitation's existence in Accused Systems: <br><br> Settings <br><br> **Location** <br><br> Location services use a combination of GPS, mobile network and Wi-Fi to determine the location of your device. <br><br> 1. From Settings, tap 📍 **Location.** <br> 2. Tap ⬤ to turn on Location services. <br><br> 🔅 **TIP** Some apps require location services be turned on for full functionality. <br><br> Google map estimated the location of the device based upon GPS, mobile network or Wi-Fi method. Further, the Google Map hardware/software will be able/not able to locate the Wireless communication device (Exhibit B) if "Location" flag is turned ON/OFF respectively. <br><br> **Attachment 15 (Turn ON/OFF the location setting) at 161.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | ## Status bar<br><br>The Status bar provides device information on the right side and notification alerts on the left.<br><br>### Status icons<br><br>Battery full   Battery low   Charging   Mute   Vibrate<br><br>Airplane mode   Bluetooth active   Wi-Fi active   **Location active**   Alarm<br><br>Google Map hardware/software will be able/not able to locate the Wireless communication device (Exhibit B) if "Location" flag is turned ON/OFF respectively<br><br>### Notification icons<br><br>Missed calls   Call in progress   Call on hold   New message   Voicemail<br><br>New email   Download   Upload   Wi-Fi available   App update<br><br>**Attachment 15 (Icon for turn ON/OFF the location setting) at 161.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| | <br><br>**Attachment 19 (Turn ON/OFF the location) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  |



**verizon**

Personal   Business

Shop   Why Verizon   Support

Home › Support › Google › Google Pixel 4a › Google Pixel 4a - Turn GPS Location On / Off

# Google Pixel 4a - Turn GPS Location On / Off

◊ Satellite or standalone GPS services require more power and have a greater effect on battery life.

1. From a Home screen, swipe up to display all apps.

2. Navigate: **Settings** ⚙ > **Location**.

3. Tap the **Use location switch** to turn on 🔵 or off ⚪.
   → You must turn this feature on to adjust GPS services.

4. If presented, review the disclaimer(s) then tap **AGREE**.

Google Map hardware/software will be able/not able to locate the Wireless communication device (Exhibit B) if "Location" flag is turned ON/OFF respectively

**Attachment 20 (Turn ON/OFF the location) at 1.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|         |  |
|         | **Attachment 21 (Manage your Pixel phone's location settings) at 2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  Attachment 29 (Google privacy policy) at 4. |
| wherein the second processor acquires the information indicative of a location of the wireless mobile communications device if the preference flags are set to a state that permits tracking of the wireless mobile communications device, | Plaintiff contends each Exhibit-B wireless mobile can set preference flags that enable or disable accessibility to data relevant to the device's location by Location-Based Services (LBS) providers. The LBS providers' processors select to determine a wireless mobile communications device's location if the preference flags applicable to that device have been set for enablement. The processors select to not determine a wireless mobile communications device's location if the preference flags applicable to that device have not been set for enablement.

The Navigation hardware/software will only be able to determine and track the location of the Wireless communication device (Exhibit B) such as but not limited to including but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list), Plaintiff contends each Exhibit-B wireless mobile can set preference flags that enable or disable accessibility to data relevant to the device's location by Location-Based Services (LBS) providers. Such programmability by a wireless device is at times known as a privacy setting. Further, such programmability is available by location-permission granting (wireless mobile communications device must grant permission).

Plaintiff contends that if the preference flags are enabled (i.e., the wireless mobile communication device's user has granted permission), LBS providers' processing, |

Screenshot of the "Location setting" associated with Google Maps app installed on an Android communications device.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| | proceed with determining the device's location and, when determined, communicates that location to the first processor through the second RF transceiver (which, as discussed above, is a transceiver to which the LBS-providers' processors communicatively couple). The LBS-providers' processors are programmed to estimate the location of the device from 3 sources: GPS (GPS uses satellites and knows your location within a few meters), Wi-Fi (the location of nearby Wi-Fi networks helps Maps know where you are), and cell towers (cell tower can be accurate up to a few thousand meters).<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br><br>**Attachment 15 (Turn ON/OFF the location setting) at 161.**<br><br>**Attachment 19 (Turn ON/OFF the location) at 1.** |

91

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| | <br><br>Your location information<br><br>We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.<br><br>Your location can be determined with varying degrees of accuracy by:<br><br>• GPS<br><br>• IP address<br><br>• Sensor data from your device<br><br>• Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices<br><br>The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off ⬚ using the device's settings app. You can also turn on Location History ⬚ if you want to create a private map of where you go with your signed-in devices.<br><br>**Attachment 29 (Google privacy policy) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|-------------------------------------------|
|  | **verizon√**<br><br>Personal   Business<br><br>Shop   Why Verizon   Support<br><br>Home › Support › Google › Google Pixel 4a › Google Pixel 4a - Turn GPS Location On / Off<br><br>## Google Pixel 4a - Turn GPS Location On / Off<br><br>◊ Satellite or standalone GPS services require more power and have a greater effect on battery life.<br><br>1.   From a Home screen, swipe up to display all apps.<br><br>2.   Navigate: **Settings** ⚙ › **Location**.<br><br>3.   Tap the **Use location switch** to turn on ⬤ or off ⬤.<br>     → You must turn this feature on to adjust GPS services.<br><br>4.   If presented, review the disclaimer(s) then tap **AGREE**.<br><br>**Attachment 20 (Turn ON/OFF the location) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|  | **Turn location on or off for your phone** |

**Turn location on or off for your phone**

1. Open your phone's Settings app.
2. Tap **Location**. If you have a work profile, tap **Advanced**.
3. At the top, turn **Use location on or off**.

Tip: You can also turn your phone's location on or off with Quick Settings. Learn about Quick Settings.

**When Location is on**

- Apps can find your phone's location to give you location-based info or services. Learn how to change app location settings.
- If Google Location Accuracy is on, Google Location Services can collect data to improve location-based services. Learn about Google Location Services.
- You can get search results and ads in apps based on your phone's location.
- You can locate where your phone is if you lose it. Learn about Find My Device.
- You can share your phone's location with others. Learn about Location Sharing with Google Maps and sending location in emergencies.
- If you have Location History turned on, the places your phone goes will be saved. You can review and manage them later. Learn about Location History.

**Attachment 21 (Manage your pixel phone settings) at 1.**

**Help your phone get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)**

**Turn your phone's location accuracy on or off**

1. Open your device's Settings app.
2. Tap **Location** ▸ **Advanced** ▸ **Google Location Accuracy**.
3. Turn **Improve Location Accuracy** on or off.

**When Google Location Accuracy is on** ⌃

When you have Google Location Accuracy turned on, your phone uses these sources to get the most accurate location:

- GPS
- Wi-Fi
- Mobile networks
- Sensors

Wireless communication device receive the location of the Wireless communication device (Exhibit B) on Google Map from Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.)

**When Google Location Accuracy is off** ⌄

**Let your phone scan for nearby networks or devices**

To help apps get better location info, you can let your phone scan for nearby Wi-Fi access points or Bluetooth devices.

1. Open your device's Settings app.
2. Tap **Location** ▸ **Wi-Fi and Bluetooth scanning**.
3. Turn **Wi-Fi scanning** or **Bluetooth scanning** on or off.

**Attachment 21 (Manage your Pixel phone's location settings) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| and wherein the second processor does not acquire the information indicative of the location of the wireless mobile communications device if the preference flags are set to a state that prohibits tracking of the wireless mobile communications device. | Plaintiff contends that if the preference flags are not enabled (i.e., the wireless-mobile-communication device's user has not granted permission), LBS provider application hardware/software, will not be able to determine and track the location of the Wireless communication device (Exhibit B) such as but not limited to Google's branded devices such as Google Pixel 5, pixel 4a 5G, pixel 4a, pixel 4 XL, pixel 4, pixel 3a XL, pixel 3a, pixel 3 XL, pixel 3, pixel 2, pixel 2 XL, pixel XL, pixel, pixel C or other (third-parties) branded devices such as Samsung Galaxy S20 Ultra, Galaxy S20 plus, Galaxy S20, Galaxy Z fold, Galaxy S10, Galaxy A series, etc. (refer Exhibit B for complete list), if the location flag on the Wireless communication device (Exhibit B) is turned off (that is, locations privacy settings are set to "Deny"). <br><br> The following exemplifies this limitation's existence in Accused Systems: <br><br> Google map estimated the location of the device based upon GPS, mobile network or Wi-Fi method. Further, the Google Map hardware/software will be not able to locate the Wireless communication device (Exhibit B) if "Location" flag is turned OFF. <br><br> Settings <br><br> **Location** <br><br> Location services use a combination of GPS, mobile network and Wi-Fi to determine the location of your device. <br><br> 1. From Settings, tap 📍 Location. <br> 2. Tap 🔘 to turn on Location services. <br><br> 💡 TIP Some apps require location services be turned on for full functionality. <br><br> **Attachment 15 (Turn ON/OFF the location setting) at 161.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | **Your location information**<br><br><br><br>We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.<br><br>Your location can be determined with varying degrees of accuracy by:<br><br>• GPS<br><br>• IP address<br><br>• Sensor data from your device<br><br>• Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices<br><br>The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.<br><br>**Attachment 29 (Google privacy policy) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
| |  **Attachment 19 (Turn ON/OFF the location) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|

**verizon**

Personal   Business

Shop   Why Verizon   Support

Home › Support › Google › Google Pixel 4a › Google Pixel 4a - Turn GPS Location On / Off

# Google Pixel 4a - Turn GPS Location On / Off

◊ Satellite or standalone GPS services require more power and have a greater effect on battery life.

1. From a Home screen, swipe up to display all apps.

2. Navigate: **Settings** ⚙ > **Location**.

3. Tap the **Use location switch** to turn on ▢ or off ◯.
   → You must turn this feature on to adjust GPS services.

4. If presented, review the disclaimer(s) then tap **AGREE**.

**Attachment 20 (Turn ON/OFF the location) at 1.**

> Google Map hardware/software will be not able to locate the Wireless communication device (Exhibit B) if "Location" flag is turned OFF

Manage your Pixel phone's location settings - Pixel Phone Help

**When Location is off**

• **Your phone's location isn't shared with any apps.** Features that use location may not work properly.

• Google Location Services won't collect data to improve location-based services.

• You can get search results and ads based on your IP address.

• You can't see where your phone is if you lose it. Learn about Find My Device.

• You can't share your phone's location with anyone via Google Maps. Your device can still send it to first responders in an emergency. Learn about Location Sharing with Google Maps and sending location in emergencies.

• Even if you have Location History turned on, the places your phone goes won't be saved. Learn about Location History.

| Claim 1 | Corresponding Structure in Accused Systems |
|---|---|
|  | **Attachment 21 (Manage your pixel phone settings) at 1.**  **Attachment 45 (Google Maps_Android app_Location settings) at 1.** |

By default the "Location setting" is set at "High accuracy" mode, wherein, for example, accuracy of location of a communications device determined based on locations of nearby Wi-Fi network infrastructure (access points or hotspots) is further enhanced or fine-tuned by Google Maps Server additionally using the said communications device's GPS location and the location data obtained from the mobile network (Cell tower information and/or Location of the communications device determined through the Assisted-GPS method by the said mobile network) serving the said communications device.

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|  | # Find and improve your location's accuracy<br><br>Sometimes Google Maps might have trouble finding where you are located. If the GPS location of your blue dot on the map is inaccurate or the blue dot is not showing up, here are some things you can do to help fix the problem.<br><br>**Tip**: This will also improve your search results and make them more relevant to you.<br><br>Computer   Android   iPhone & iPad<br><br>## See your current location on the map<br><br>1. On your Android phone or tablet, open the Google Maps app .<br><br>2. You'll see a blue dot, which shows where you are. If you don't see a blue dot, go to the bottom and tap Your location .<br><br>## How Maps finds your current location<br><br>Maps estimates where you are from sources like:<br><br>• GPS: This uses satellites and knows your location up to around 20 meters. **Note**: When you're inside buildings or underground, the GPS is sometimes inaccurate.<br>• Wi-Fi: The location of nearby Wi-Fi networks helps Maps know where you are.<br>• Cell tower: Your connection to a cellular network can be accurate up to a few thousand meters.<br><br>**Attachment 46 (Find and improve your location's accuracy - Android - Google Maps Help) at 1.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| | From your devices<br><br>Many devices, like phones or computers, can work out their precise location. You can allow Google and other apps to provide you with useful features based on where your device is located. For example, if you're running late to meet your friends, you'll probably want to use a navigation app to know the quickest way to get to your destination. To get turn-by-turn directions, you may need to turn on your device's location and give the app the permission to access it. Or for some searches like "coffee shop", "bus stop" or "atm", results will usually be more helpful when precise location is available.<br><br>On your Android device, if you choose to turn on your device location, you can use features like navigation, giving an app access to your current location, or find your phone. You can also choose which apps have permission to use your device's location with simple controls that let you turn the permission on or off for individual apps. On Android, you can see when an app is requesting to use your phone's GPS-based location when the top of your screen shows Location ◉. Learn more<br><br>Google Location Services<br><br>On most Android devices, Google, as the network location provider, provides a location service called Google Location Services (GLS), known in Android 9 and above as Google Location Accuracy. This service aims to provide a more accurate device location and generally improve location accuracy. Most mobile phones are equipped with GPS, which uses signals from satellites to determine a device's location – however, with Google Location Services, additional information from nearby Wi-Fi, mobile networks, and device sensors can be collected to determine your device's location. It does this by periodically collecting location data from your device and using it in an anonymous way to improve location accuracy.<br><br>You can disable Google Location Services at any time in your device's location settings. Your device's location will continue to work even if GLS is turned off, but the device will rely only on GPS to estimate device location for apps with the necessary permission. Google Location Services is distinct from your device's location setting. Learn more<br><br>The settings and permissions on Android control whether your device sensors (like GPS) or network-based location (like GLS) are used to determine your location and which apps have access to that location. They do not impact how websites and apps might estimate your location in other ways, such as from your IP Address.<br><br>**Attachment 44 (How Google uses location information – Privacy & Terms – Google) at 2 &3.** |

Wireless communication device receive the location of the Wireless communication device (Exhibit B) on Google Map from Wireless communication networks (e.g. Verizon, AT&T, T-Mobile, etc.)

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  **Attachment 21 (Manage your Pixel phone's location settings) at 2.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
|         |  |
|         | **Attachment 40 (Manage your Pixel phone's location settings) at 3 & 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  |
| | **Attachment 33 (Google Maps Not Updating Location) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
| |  |

| | DESCRIPTION | OPT-IN / OPT-OUT | USER CHOICES |
|--|-------------|------------------|--------------|
| LOCATION SERVICES | "Use Google's location service to help apps determine your location. Anonymous location data will be sent to Google when your device is on." | Opt-Out | "YES, I'M IN" or "SKIP" |
| LOCATION ACCURACY | Three Modes - "High accuracy", "Battery saving", and "Device only." Default setting "High accuracy use(s) GPS, Wi-Fi, Bluetooth, or cellular networks to determine location" | Opt-Out | Toggle icon (right and colored for on, left and gray for off). This setting not shown during Android set-up. |
| LOCATION SCANNING | "Improve location accuracy by allowing apps and services to scan for Wi-Fi and Bluetooth, even when those settings are off." | Opt-Out | Toggle icon (right and colored for on, left and gray for off). |
| LOCATION HISTORY | "[A]llows Google to store a history of your location data from all devices where you are logged into your Google Account and have enabled Location Reporting. Location History and Location Reporting data may be used by any Google app or service." | Opt-Out | "YES, I'M IN" or "NO THANKS" In the context of "Give your new Assistant permission to help you" |

Figure 1: Four Android settings and services that relate to location information collection. [1]

**Google Location Services**

Google Location Services (GLS) operate at a device level and rely on sensors such as GPS, Wi-Fi, the cellular radio, and other technologies included in mobile devices to position a user in the world.  If a user keeps the default settings prompted by Google, Location Services is enabled, Location Accuracy will be set to "High Accuracy" [2] and Location Scanning will be enabled for both Wi-Fi base stations and Bluetooth Beacons, regardless of a user's choice to turn Wi-Fi or Bluetooth on.  The implications of user choices among the various Location Services settings are significant, but not intuitive, including:

- With Location Services turned on, Location Accuracy set to "Device only" and Location Scanning turned off, an Android device will only use GPS to provide the location of an Android device.
- When Location Accuracy is set to "High accuracy" and Location Scanning is enabled (the default setting for new device setup), an Android device will use sources including Wi-Fi, Bluetooth, and cellular radio to improve the accuracy of the device's position.

**Attachment 38 (Google, Android and Location Tracking) at 2.**

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|-------------------------------------------|
| | After completing the setup process users can validate and control settings for device location via the Settings app and navigating to Google settings, then Location (Figure 4).<br><br><br>Figure 4: Location settings after Android device setup process<br><br>As demonstrated in Figure 4, if users accept Google's defaults during the setup process, the Android device is configured with Location Services enabled, Wi-Fi and Bluetooth scanning engaged, and Location History active.<br><br>**Attachment 38 (Google, Android and Location Tracking) at 5.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|---------------------------------------------|
| | Users can choose to disable GLS during the set-up process.  However, if a user attempts to disable GLS, a warning dialogue box prompts an extreme scenario: "device location for all apps is turned off and you may not be able to locate your device if it is lost." (Figure 5) Note as well, the action prompt is to "Turn on Location" – reversing the user choice triggering the warning. Further, as described immediately below, many Google and third party apps will not function unless GLS is turned on.  Therefore, Google forces user into an impossible ultimatum, have their every move constantly monitored, tracked, and stored or lose the functionality of their expensive smartphone. <br><br> If a user disables Location Services but then attempts to use a location aware app or service on their device, she will see the dialogue box shown in Figure 6. If the user clicks "OK" the service is enabled for the entire device and permanently, rather than enabling Location Services only for that particular app or service requesting the functionality. <br><br>   <br> **Figure 5: Location Services Warning**      **Figure 6: Re-Enable Location Services** <br><br> **Attachment 38 (Google, Android and Location Tracking) at 6.** <br><br> We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you. <br><br> Your location can be determined with varying degrees of accuracy by: <br><br> • GPS <br> • IP address <br> • Sensor data from your device <br> • Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices <br><br> The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off ⧉ using the device's settings app. You can also turn on Location History ⧉ if you want to create a private map of where you go with your signed-in devices. <br><br> **Attachment 29 (Google Privacy Policy) at 4.** |

| Claim 1 | Corresponding Structure in Accused Systems |
|---------|--------------------------------------------|
|         | <br>**Attachment 39 (Google Map_Permissions) at 1.** |

11. Defendant makes, uses, offers to sell, and/or sells within or imports into the U.S., wireless-network systems, devices and methods; and related components, applications, programs, functionality, and services that use identified locations of wireless devices to provide tracking such that Defendant infringes claims 1–24 of the '147 patent, literally or under the doctrine of equivalents.

12. Defendant put the inventions claimed by the '147 Patent, including systems, devices and methods, into service, i.e., used them and controlled them as a whole as well as on an element by element basis. But for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant controlled the systems, devices, and methods to provide the benefits of location data, mapping, navigation, traffic updates, tracking, and other features of the claim inventions as set out in the evidence charts above.

13. Defendant derives benefits from claim elements met by third party wireless communication networks such as Verizon, AT&T, and T-Mobile (identified by name in the evidence charts above). Those benefits include performing the specifically identified functions of those wireless communication networks (e.g., communicate location of a wireless mobile communications device). Defendant obtains those benefits by putting those functionalities into use, i.e. controlling them, as per the evidence charts mentioned above.

14. Moreover, Defendant obtains the benefits, which are necessary to the operation of the claimed inventions, from the wireless communications networks it puts into use of at least:

- Receiving information indicative of a location of the wireless mobile communications device;

- Receiving updates of navigation information in conformity with traffic congestion information.

15. Other benefits tied to the use of the wireless communications networks include:

- Use of the acquired location data to benefit and improve the operation of the Google Maps application;

- Use of the acquired location data to benefit Google's other services, such as application purchases, targeted marketing and support of other Google apps to drive up the purchase of other apps;

- Use of the acquired location data to facilitate transactions involving Google;

- Use of the acquired locations data to make Google Maps functional to drive sales of Google wireless devices and other third party devices pre-loaded with Google Maps.

16. Defendant has and continues to knowingly induce infringement. Defendants have actively encouraged  or instructed others (e.g., its customers and other parties such as AT&T, Verizon, and T-Mobile, and Sprint), and continues  to  do  so,  on  how  to  use  its  products and  services  (e.g.,  wireless-network components and related applications and programs that use identified locations of wirelessdevices to provide tracking of mobile devices) such as to cause infringement of claims 1–24 of the '147 patent, literally or under the doctrine of equivalents.

17. Google has the specific intent to cause direct infringement by Google's customers and

other parties such as AT&T, Verizon, T-Mobile or Sprint, as evidenced by Google's selling, offering for sale, marketing, advertising, preloading or making available for download or purchase the Google Maps application as well as making the Google Maps application and the Google Maps servers available to its customers and other parties. Google benefits from each and every claimed element and functionality, including those provided by the wireless communications networks, because without each of them being put into service, Google would not be able to operate the Google Maps application and all its features.

18. Defendant has known and should have known  of the '147 patent, by at least the date of the patent's issuance, or from the issuance of the '284 patent, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendant's patent applications, such that Defendant knew and should have known that it was and would be inducing infringement.

19. Defendant has and continues to contributorily infringe. Defendant has actively encouraged or instructed others (e.g., its customers and other parties such as AT&T, Verizon, and T-Mobile, and Sprint), and continues to do so, on how to use its products and services e.g., wireless-network components and related applications and programs that use identified locations of wireless devices to provide tracking of mobile devices) such as to cause infringement of one or more of claims 1–24 of the '147 patent, literally or under the doctrine of equivalents.

20. Google's customers and/or other parties, such as AT&T, Verizon, T-Mobile or Sprint, directly infringe by putting the entire system into use and benefitting from each and every element or functionality of the system. For example, Google's customer may use the Google Maps application to communicate location information via the wireless communications device, the wireless network, the base station, and the Google Server. Google provides material components of the system, including, for example, the Google Maps application that is saved on the wireless communications device and the Google

server or computer because these components allow Google's customer to communicate the location information between the wireless communications device and the Google Server.

21. Additionally, Google sells, offers to sell, advertises, markets, preloads or makes available for download or purchase the Google Maps application to encourage the Google customers and other parties such as AT&T, Verizon, T-Mobile or Sprint to use the Google Maps application preloaded on the wireless communications device or to downloaded using iOS of Android applications store, and by touting its features and benefits to the application users such as navigation and geographic location benefits. Google also instructs its customers on how to use navigation data, to obtain location, as well as toggle location privacy setting on or off within the Google Maps application by providing user manuals, guides and instructions on how to do so.

22. Further, Google Maps application and Google Server are not staple article of commerce because there is no substantial non-infringing use of these products and features other than to practice the claimed invention. Google benefits from each and every claimed element and functionality because without each of them being put into service, Google would not be able to operate the Google Maps application and all its features. Thus, Google maps would not have the economic benefit of being able to sell or license the Google Maps applications to customers and other parties.

23. Defendant has known and should have known that it's products and service, including but not limited to Google Maps application and Google servers or computers, are especially made or especially adopted for use in an infringement. Moreover, Defendant has known of the '147 patent and the technology underlying it from at least the date of issuance of the patent or from the issuanceof the '284 patent, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendant's patent applications, such that Defendant knew and should have known that it was and would be contributorily infringing.

24. Google's actions constituted and continue to constitute willful infringement of the asserted claims of the '147 Patent. Google knew of the patent-in suit at least as of at least the date of

issuance of the patent or from the issuanceof the '284 patent, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendant's patent applications.  After acquiring that knowledge, Google continued to directly infringe the asserted claims of the patent-in-suit, as previously explained in this complaint. Google has also knowingly continued to indirectly infringe the asserted claims, both by inducement infringement and by contributory infringement, as previously explained in this complaint. Google thus knew or should have known that its conduct amounted to infringement of the '147 Patent.

25. Defendants have caused and will continue to cause Traxcell damage by infringing the '147 patent.

## IV. PRAYER FOR RELIEF

WHEREFORE, Traxcell respectfully requests that this Court:

i.   enter judgment that Defendants have infringed the Patent-in-Suit;

ii.  award Traxcell damages in an amount sufficient to compensate it for Defendants' infringement of the Patents-in-Suit, in an amount no less than a reasonable royalty, together with prejudgment and post-judgment interest and costs under 35 U.S.C. § 284;

iii. award Traxcell an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

iv.  declare this case to be "exceptional" under 35 U.S.C. § 285 and award Traxcell its attorneys' fees, expenses, and costs incurred in this action;

v.   declare Defendants infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. §284;

vi.  a decree addressing future infringement that either (i) awards a permanent injunction

enjoining Defendants and their agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendants, from infringing the claims of the Patents-in-Suit or (ii) award damages for future infringement in lieu of an injunction, in an amount consistent with the fact that for future infringement the Defendants will be adjudicated infringers of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and,

vii.   award Traxcell such other and further relief as this Court deems just and proper.

## JURY DEMAND

Traxcell hereby requests a trial by jury on issues so triable by right.

Respectfully submitted,

**Ramey & Schwaller, LLP**


By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Traxcell Technologies, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 2, 2022, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III