# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:21-cv-01312-ADA |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Traxcell Technologies, LLC and Defendant Google LLC jointly move for entry of the Agreed Protective Order attached hereto as Exhibit A.

| | |
|---|---|
| Dated: May 2, 2022 | */s/ G. Blake Thompson* |

G. Blake Thompson  State Bar No. 24042033
blake@themannfirm.com
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St. Henderson,
Texas 75654
Tel: 903-657-8540
Fax: 903-657-6003

Michael A. Berta (*pro hac vice*)
michael.berta@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee (*pro hac vice*)
nicholas.lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

David A. Caine (*pro hac vice*)
Assad H. Rajani (*pro hac vice*)
David.caine@arnoldporter.com
assad.rajani@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Tel: 650-319-4500

Mark Samartino (*pro hac vice*)
mark.samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4231
Tel: 312-583-2437

Kathleen M. McCarte (*pro hac vice*)
SBN: 24116734
kathleen.mccarte@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street
Suite 4000
Houston, TX 77002-2755
Tel: 713-576-2418

*ATTORNEYS FOR DEFENDANT*
*GOOGLE LLC*

Dated: May 2, 2022 /s/ William P. Ramey, III

William P. Ramey, III
Ramey LLP
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

*Attorney for Traxcell Technologies, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 2, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ G. Blake Thompson*
**G. Blake Thompson**