## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **TRAXCELL TECHNOLOGIES, LLC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:21-cv-01312-ADA** |
| **v.** | ) | |
| | ) | |
| **GOOGLE LLC** | ) | |
| **Defendant.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |

### NOTICE OF VENUE DISCOVERY

Plaintiff, Traxcell Technologies, LLC ("Traxcell") intends to conduct venue discovery in this case.  Defendant, Google LLC ("Google") filed its Opposed Motion Transfer Venue to the Northern District of California Pursuant to § 1404(a) Doc No. 38 on May 18, 2022.

This Notice is to inform this court that Traxcell will conduct venue discovery to retain this case in the Western District of Texas.

Respectfully Submitted

**Ramey LLP**

/s/William P. Ramey
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Traxcell Technologies, LLC***

1

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 18, 2022, with a copy of the foregoing via ECF filing.

<u>/s/ William P. Ramey, III</u>
William P. Ramey, III
