| | |
|---|---|
| Susan S.Q. Kalra (SBN: 167940)<br>susan@M-iplaw.com<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, CA 94065<br>Tel: 408-236-6640<br>Fax: 408-236-6641<br><br>William Ramey<br>wramey@rameyfirm.com<br>Ramey & Schwaller, LLP<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>Tel: 713-426-3923<br>Fax: 832-900-4941<br><br>Attorneys for Plaintiff | Michael A. Berta (SBN: 194650)<br>michael.berta@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Tel: 415-471-3277<br><br>Nicholas H. Lee (SBN: 259588)<br>nicholas.lee@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-5844<br>Tel: 213-243-4156<br><br>Attorneys for Defendant<br><br>***(ADDITIONAL COUNSEL IN SIGNATURE BLOCKS)*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAXCELL TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 22-cv-04807-JSC<br><br>**[~~STIPULATED~~] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION** |

Upon the stipulation of the parties, the Court **ORDERS** as follows:

1. This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1."

2. This Order may be modified in the Court's discretion or by stipulation. The parties concurrently submit a proposed stipulated order regarding discovery of electronically stored information.

3. As in all cases, costs may be shifted for disproportionate ESI production requests pursuant to Federal Rule of Civil Procedure 26. Likewise, a party's nonresponsive or dilatory discovery tactics are cost-shifting considerations.

4. A party's meaningful compliance with this Order and efforts to promote efficiency and reduce costs will be considered in cost-shifting determinations.

5. The parties agree to comply with the District's E-Discovery Guidelines ("Guidelines") and have employed the District's Model Stipulated Order Re: the Discovery of Electronically Stored Information and Checklist for Rule 26(f) Meet and Confer regarding Electronically Stored Information.

6. General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall not include email or other forms of electronic correspondence (collectively "email"). To obtain email parties must propound specific email production requests.

7. Email production requests shall only be propounded for specific issues, rather than general discovery of a product or business.

8. Email production requests shall be phased to occur after the parties have exchanged initial disclosures and basic documentation about the patents, the prior art, the accused instrumentalities, and the relevant finances. While this provision does not require the production of such information, the Court encourages prompt and early production of this information to promote efficient and economical streamlining of the case.

9. Email production requests shall identify the custodian, search terms, and time frame. The parties shall cooperate to identify the proper custodians, proper search terms and proper timeframe as set forth in the Guidelines.

10. Each requesting party shall limit its email production requests to a total of five custodians per producing party for all such requests. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for additional custodians, upon showing a distinct need based on the size, complexity, and issues of this specific case. Cost-shifting may be considered as part of any such request.

11. Each requesting party shall limit its email production requests to a total of five search terms per custodian per party. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for additional search terms per custodian, upon showing a distinct need based on the size, complexity, and issues of this specific case. The Court encourages the parties to confer on a process to test the efficacy of the search terms. The search terms shall be narrowly tailored to particular issues. Indiscriminate terms, such as the producing company's name or its product name, are inappropriate unless combined with narrowing search criteria that sufficiently reduce the risk of overproduction. A conjunctive combination of multiple words or phrases (*e.g.*, "computer" and "system") narrows the search and shall count as a single search term. A disjunctive combination of multiple words or phrases (*e.g.*, "computer" or "system") broadens the search, and thus each word or phrase shall count as a separate search term unless they are variants of the same word. Use of narrowing search criteria (*e.g.*, "and," "but not," "w/x") is encouraged to limit the production and shall be considered when determining whether to shift costs for disproportionate discovery. Should a party serve email production requests with search terms beyond the limits agreed to by the parties or granted by the Court pursuant to this paragraph, this shall be considered in determining whether any party shall bear all reasonable costs caused by such additional discovery.

12. Nothing in this Order prevents the parties from agreeing to use technology assisted review and other techniques insofar as their use improves the efficacy of discovery. Such topics should be discussed pursuant to the District's E-Discovery Guidelines.

3
[STIPULATED] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION

1   **IT IS SO STIPULATED**, through Counsel of Record.

2

3   Dated: November 16, 2022          */s/ William Ramey*
                                      _____
4                                     Susan S.Q. Kalra (SBN: 167940)
                                      susan@M-iplaw.com
5                                     303 Twin Dolphin Drive, Suite 600
                                      Redwood City, CA 94065
6                                     Tel: 408-236-6640
                                      Fax: 408-236-6641
7
8                                     William Ramey
                                      wramey@rameyfirm.com
9                                     Ramey & Schwaller, LLP
                                      5020 Montrose Blvd., Suite 800
10                                    Houston, Texas 77006
                                      Tel: 713-426-3923
11                                    Fax: 832-900-4941

12                                    Attorneys for Plaintiff
13

14  Dated: November 16, 2022          */s/ David A. Caine*
                                      _____
15                                    Michael A. Berta (SBN:194650)
                                      michael.berta@arnoldporter.com
16                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                      Three Embarcadero Center
17                                    10th Floor
                                      San Francisco, CA 94111-4024
18                                    Tel: 415-471-3277
19
                                      Nicholas H. Lee (SBN: 259588)
20                                    nicholas.lee@arnoldporter.com
                                      ARNOLD & PORTER KAYE SCHOLER LLP
21                                    777 South Figueroa Street
                                      44th Floor
22                                    Los Angeles, CA 90017-5844
                                      Tel: 213-243-4156
23

24                                    David A. Caine (SBN: 218074)
                                      Assad H. Rajani (SBN: 251143)
25                                    david.caine@arnoldporter.com
                                      assad.rajani@arnoldporter.com
26                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                      3000 El Camino Real
27                                    Five Palo Alto Square, Suite 500
28

Palo Alto, CA 94306
Tel: 650-319-4500

Attorneys for Defendant

5
[STIPULATED] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION

1 **IT IS ORDERED** that the foregoing Agreement is approved.

Dated: November 16, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

